# EXHIBIT D

SECRET

UNCLASSIFIED BY: NSICG
On 08-10-2022

```
                                                                                  b6  -1
                                                                                  b7C -1
[redacted] (LS) (FBI)
```

**From:** [redacted] (OTD) (FBI)    b6 -1 / b7C -1
**Sent:** Monday, January 31, 2022 7:27 AM
**To:** [redacted] (LS) (FBI)
**Subject:** FW: FULL STOP on potential [redacted] use --- UNCLASSIFIED//LES    b7E -3

**Categories:** Follow Up
**SentinelCaseId:** NON-RECORD

Classification: UNCLASSIFIED//LES
========================================================

(U) LAW ENFORCEMENT SENSITIVE: The information marked (U//LES) in this document is the property of FBI and may be distributed within the Federal Government (and its contractors), US intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond these entities without FBI authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website or an unclassified network.

When we stopped. The DD had told me a few days before he was not comfortable with NSO.

---

**From:** Jones, Darrin E. (STB) (FBI) [redacted]
**Sent:** Thursday, July 22, 2021 11:24 AM
**To:** [redacted] (OTD) (FBI); Kohler, Alan E. Jr. (CD) (FBI); Turner, Brian C. (CCRSB) (FBI)
**Cc:** Langan, Timothy R. Jr. (CTD) (FBI); [redacted]; Vorndran, Bryan A. (CyD) (FBI); [redacted]; Shivers, Calvin A. (CID) (FBI); [redacted] (OGC) (FBI); [redacted]; McNally, Richard (OGC) (FBI); Gabriel, Kacey D. (OTD) (FBI)
**Subject:** FULL STOP on potential [redacted] use --- UNCLASSIFIED//LES    b7E -3

Classification: UNCLASSIFIED//LES
========================================================

(U) LAW ENFORCEMENT SENSITIVE: The information marked (U//LES) in this document is the property of FBI and may be distributed within the Federal Government (and its contractors), US intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond these entities without FBI authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website or an unclassified network.

All, after a conversation with the DD last night, EAD Turner and [redacted] have agreed to cease all efforts regarding the potential use of [redacted]. We may, after further discussion with the [redacted].    b5 -1 / b7E -3

Regards,

SECRET