FD-1057 (Rev. 5-8-10)

UNCLASSIFIED/~~FOUO~~

# FEDERAL BUREAU OF INVESTIGATION
### Electronic Communication

**Title:** (U//~~FOUO~~) Meeting with CID and OTD to discuss ☐          **Date:** 10/28/2020

**CC:** ☐

> b6 -1
> b7C -1
> b7E -1,-3,-5

**From:** CRIMINAL INVESTIGATIVE
       **Contact:** ☐

**Approved By:** SC Michael D. Nordwall

**Drafted By:** ☐

**Case ID #:** ☐          (U//~~FOUO~~) CID ☐
               Administrative Matters

**Synopsis:** (U//~~FOUO~~) To document meeting with CID and OTD to discuss potential deployment ☐ in support of criminal investigations.

**Enclosure(s):** Enclosed are the following items:
1. (U//~~FOUO~~) OTD presentation of ☐

**Details:**

On September 4, 2020, CID Deputy Assistant Director (DAD) Timothy Dunham, Section Chief Michael Nordwall, and Assistant Section Chief (ASC) ☐ ☐ attended a briefing with OTD DAD Stephen Pandelides, ASC ☐ and Unit Chief ☐

> b5 -1
> b6 -1
> b7C -1
> b7E -2,-3

OTD briefed CID on an investigative tool from a third party vendor licensed for use by the FBI in criminal investigations (hereinafter

☐

☐ OTD also provided details on ☐

UNCLASSIFIED/~~FOUO~~

UNCLASSIFIED//~~FOUO~~

Title:  (U/~~FOUO~~) Meeting with CID and OTD to discuss ☐

Re: ☐ 10/28/2020

**b5 -1**
**b7E -2,-3,-5**

A digital copy of the presentation is maintained in the 1A.


◆◆

UNCLASSIFIED//~~FOUO~~

2

FBI: 22-cv-1539-2

FD-1057 (Rev. 5-8-10)

UNCLASSIFIED//~~FOUO~~

# FEDERAL BUREAU OF INVESTIGATION
### Electronic Communication

**Title:**  (U//~~FOUO~~) Meeting with CID, OTD, and DOJ to      **Date:**  10/28/2020
introduce ☐

**CC:** ☐

**From:**  CRIMINAL INVESTIGATIVE
         **Contact:** ☐                                          b6 -1
                                                                  b7C -1
**Approved By:**  SC Michael D. Nordwall                          b7E -1,-3,-5

**Drafted By:** ☐

**Case ID #:** ☐            (U//~~FOUO~~) CID ☐
                                    Administrative Matters


**Synopsis:**  (U//~~FOUO~~) To document meeting with CID, OTD, and DOJ to
discuss deployment ☐ in support of criminal investigations.

**Details:**

On September 14, 2020, ☐ Assistant Section Chiefs(ASC) ☐
☐ A/UC ☐ SSA ☐ Operational
Technology Division (OTD) UC ☐ UC ☐
☐ Office of
General Counsel (OGC) ☐ and DOJ          b5 -1
Attorneys ☐ discussed          b6 -1
the potential deployment ☐ in support of criminal          b7C -1
investigations.                                                          b7E -2,-3

UC ☐ outlined the technical capabilities ☐ and CID
described specific operational challenges ☐
☐

UNCLASSIFIED//~~FOUO~~

UNCLASSIFIED//~~FOUO~~

Title:  (U//~~FOUO~~) Meeting with CID, OTD, and DOJ to introduce [          ]

Re: [                    ] 10/28/2020

**b5 -1**
**b7E -2,-3,-5**

◆◆

UNCLASSIFIED//~~FOUO~~

FBI: 22-cv-1539-38

FD-1057 (Rev. 5-8-10)

UNCLASSIFIED/~~FOUO~~

# FEDERAL BUREAU OF INVESTIGATION
### Electronic Communication

**Title:**  (U/~~FOUO~~) Meeting with CID, OTD, and DOJ to        **Date:**  10/28/2020
            discuss [        ]

**CC:** [                    ]

**From:**  CRIMINAL INVESTIGATIVE
           **Contact:** [                              ]

                                                                        b6 -1
**Approved By:**  SC Michael D. Nordwall                                 b7C -1
                                                                        b7E -1,-3,-5
**Drafted By:** [                    ]

**Case ID #:** [                ]       (U/~~FOUO~~) CID [              ]
                                        Administrative Matters


**Synopsis:**  (U/~~FOUO~~) To document meeting with CID, OTD, and DOJ to
discuss deployment [            ] in support of criminal investigations.

**Details:**

On October 7, 2020, [      ] Section Chief Michael Nordwall, Assistant          b5 -1
Section Chiefs(ASC)[              ] ASC [                  ] SSA                 b6 -1
[          ] Operational Technology Division (OTD) SC Rick McNally, UC          b7C -1
[          ] UC [          ] and [                  ]                           b7E -2,-3
[                ] and DOJ Attorneys [                    ]
[                    ] discussed the potential deployment of
[              ] in support of criminal investigations.

SC McNally informed the group [                    ]

UNCLASSIFIED/~~FOUO~~

UNCLASSIFIED//~~FOUO~~

Title:  (U//~~FOUO~~) Meeting with CID, OTD, and DOJ to discuss

Re: [                    ]  10/28/2020

**b5 -1**
**b7E -2,-3,-5**

◆◆

UNCLASSIFIED//~~FOUO~~

FBI: 22-cv-1539-40

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

CLASSIFIED BY: NSICG
REASON: 1.4 (C)
DECLASSIFY ON: 12-31-2046
DATE: 10-28-2022

**From:** James Brown
**Subject:** RE: NSO TPs --- ~~SECRET~~//~~NOFORN~~
**To:**
**Sent:** December 7, 2021 3:28 PM (UTC-05:00)

Classification: ~~SECRET~~//~~NOFORN~~

Classified By:
Derived From: FBI NSICG
Declassify On: 50X1-HUM
===================================================

Thanks.

b5 -1
b6 -1
b7C -1
b7E -1

Good work by all.  Let's hope he has a smooth meeting.

**From:**
**Sent:** Tuesday, December 07, 2021 2:45 PM
**To:** Brown, James Robert Jr. (OTD) (FBI)

**Subject:** RE: NSO TPs --- ~~SECRET~~//~~NOFORN~~

Classification: ~~SECRET~~//~~NOFORN~~

Classified By:
Derived From: FBI NSICG
Declassify On: 50X1-HUM
===================================================

Here is the version that ultimately made it into the Director's document.  Only slight tweaks to the prior version:

**(U) This year the Washington Post and other news organizations published a series of stories about a foreign surveillance technology company called the NSO Group, which is based in Israel.  According to this news coverage, NSO has provided surveillance technology to authoritarian governments that have used it to spy on journalists, political dissidents, and opposition politicians.  Just yesterday, 4 members of Congress called for the Administration to add the NSO Group to the "entities list," which would sanction the company and prohibit U.S. organizations from doing any business with the company.  To that end, we'd like to find out if the FBI is using technology from the NSO Group.  Can you please let us know if the FBI, and in particular, the Remote Operations Unit in the FBI's Operational Technology Division, has used products and services provided by this controversial surveillance tech company?** {Questions based on polling}

- ~~(S//NF)~~ I've dug into this and been assured that, if what you mean is "have we used NSO's products to collect data through our investigations," no we haven't.

- ~~(S//NF)~~ As you'd expect, we're certainly aware of and have done some research and assessment work on NSO's tool.  To do that we obtained a small number of software licenses for testing and research.

b1 -1
b3 -1
b7E -2,-3
b5 -1
b7A -1

(S)

(S)

**From:** Brown, James Robert Jr. (OTD) (FBI)
**Sent:** Tuesday, December 07, 2021 2:26 PM
**To:**

**Cc:**
**Subject:** RE: NSO TPs --- SECRET//NOFORN

Classification: SECRET//NOFORN

Classified By:
Derived From: FBI NSICG
Declassify On: 50X1-HUM
==================================================

b1 -1
b3 -1
b5 -1
b6 -1
b7C -1
b7E -1,-2,-3
b7A -1

Robert

**From:**
**Sent:** Tuesday, December 07, 2021 10:48 AM
**To:**
**Cc:**                                              Brown, James Robert Jr. (OTD) (FBI)

**Subject:** RE: NSO TPs --- SECRET//NOFORN

Classification: SECRET//NOFORN

Classified By:
Derived From: FBI NSICG
Declassify On: 50X1-HUM
==================================================

Slightly revised NSO paper with EAD Sanborn's input.

b6 -1
b7C -1
b7E -1

**From:**
**Sent:** Monday, December 06, 2021 5:25 PM
**To:**
**Cc:**                                              Brown, James Robert Jr. (OTD) (FBI)

**Subject:** RE: NSO TPs --- SECRET//NOFORN

Classification: SECRET//NOFORN

Classified By:
Derived From: FBI NSICG
Declassify On: 50X1-HUM
==================================================

Regards,

[redacted]

Science and Technology Branch
Federal Bureau of Investigation

[redacted]

unclass
JWICS-[redacted]

b6 -1
b7C -1
b7E -1

**From:** [redacted]
**Sent:** Monday, December 13, 2021 12:17 PM
**To:** [redacted]
[redacted]
**Cc:** [redacted]

**Subject:** FW: Wyden Electronic Surveillance Inquiry_OCA New RT response --- SECRET//NOFORN (U)
**Importance:** High

Classification: SECRET//(U)NOFORN

Classified By: [redacted]
Derived From: FBI NSICG
Declassify On: 20461231
=======================================================

Hi all -- [redacted] is out of the office, so I am sending this in her place.  We are sending to STB with the ask to vet to the appropriate folks in OTD who can answer [redacted] - if there is someone specific you want me to send to directly, please let me know.  Otherwise, I will defer to you all to get it to OTD.

I'm cc'ing [redacted] b/c she's always been my go to, so she may be able to assist. [redacted] if you are no longer in that position, just let me know and I will stop cc'ing you.

Sincere thanks,

[redacted]

b6 -1
b7C -1
b7E -1

**From:** [redacted]
**Sent:** Friday, December 10, 2021 4:01 PM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Wyden Electronic Surveillance Inquiry_OCA New RT response --- SECRET//NOFORN (U)

Classification: SECRET//(U)NOFORN

Classified By: [redacted]
Derived From: FBI NSICG
Declassify On: 20461231
=======================================================

Hi [          ]

Senator Wyden's staff from Senate Intel, sent clarifying questions from Director Wray's Round Table this week.  I highlighted the questions in blue. I also put in blue the TPs that I think answer the questions. The only one I need OTD to add to is question 1 with NSO.  Thanks.

```
b6  -1
b7C -1
b7E -1
```

[                    ]

Office of Congressional Affairs

[          ] Desk

[          ] Cell

```
================================================
Classification: SECRET//NOFORN  (U)

================================================
Classification: SECRET//NOFORN

================================================
Classification: SECRET//NOFORN

================================================
Classification: SECRET//NOFORN

================================================
Classification: SECRET//NOFORN

================================================
Classification: SECRET//NOFORN

================================================
Classification: SECRET//NOFORN
```

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

CLASSIFIED BY:
REASON: 1.4 (C)
DECLASSIFY ON: 12-31-2046
DATE: 10-31-2022

SECRET//NOFORN
(U)

# Electronic Surveillance Inquiry from Senator Wyden's Office

**Request:** The Office of Congressional Affairs (OCA) has tasked Divisions to review and answer the electronic surveillance methods questions below, provided by Senator Wyden staffer _____

b6 -1

Division Approval: NSB_ ___ OTD__ __ CYD_ __ COIU____ IB__ __

*i.* (U) Last week, the Washington Post and other news organizations published a series of stories about a foreign surveillance technology company called the NSO Group, which is based in Israel. According to this news coverage, NSO has provided surveillance technology to authoritarian governments that have used it to spy on journalists, political dissidents, and opposition politicians. Just yesterday, 4 members of Congress called for the Administration to add the NSO Group to the "entities list," which would sanction the company and prohibit U.S. organizations from doing any business with the company. To that end, we'd like to find out if the FBI is using technology from the NSO Group. Can you please let us know if the FBI, and in particular, the Remote Operations Unit in the FBI's Operational Technology Division, has used products and services provided by this controversial surveillance tech company. Has the FBI used Pegasus or any other commercial hacking tools sold by the NSO group?

b6 -1
b7C -1

**Commented [ 1]:** Question provided directly by Sen. Wyden's Staff over email following 12/7 Round Table.

b1 -1
b3 -1
b5 -1
b7E -2,-3

(S)

Outside the Scope

b6 -1
b7C -1

Classified By: _____
Derived From: FBI NSICG
Declassify On: 20461231

SECRET//NOFORN
(U)

CLASSIFIED BY: NSICG
DECLASSIFY ON: 12-31-2047
DATE: 09-28-2022

**From:**
**Subject:**      RE: NSO review and collection of information --- ~~SECRET//NOFORN~~
**To:**
**Cc:**
**Sent:**         January 12, 2022 7:02 AM (UTC-05:00)

Classification: ~~SECRET//NOFORN~~

b6 -1
b7C -1

Classified By:
Derived From: FBI NSICG
Declassify On: 20471231
================================================

Excellent summary

Ali, we will be having several discussions regarding NSO and how the FBI evaluated the product.

Regards,

---

**From:**
**Sent:** Tuesday, January 11, 2022 10:38 PM
**To**

**Cc**

**Subject:** FW: NSO review and collection of information --- ~~SECRET//NOFORN~~

Classification: ~~SECRET//NOFORN~~

Classified By:
Derived From: FBI NSICG
Declassify On: 20471231
================================================

b5 -1
b6 -1
b7C -1
b7E -1,-2,-3

Here's a very high level orientation on NSO.

FBI: 22-cv-1539-284

Case 1:22-cv-01539-JSR   Document 26-1   Filed 11/16/22   Page 13 of 93

SECRET

```
b1 -1
b3 -1
b5 -1
b6 -1
b7C -1
b7E -1,-2,-3
```

(S)

**From:** Brown, James Robert Jr. (OTD) (FBI)
**Sent:** Tuesday, January 11, 2022 4:47 PM
**To:**

FBI: 22-cv-1539-285

SECRET

**Cc**

**Subject:** NSO review and collection of information --- SECRET//NOFORN

```
Classification: SECRET//NOFORN

Classified By:
Derived From: FBI NSICG
Declassify On: 20471231
=================================================
```

b6 -1
b7C -1
b7E -1,-2

All,

I have asked [          ] to lead a review and to create a timeline of our engagement, testing, and process efforts related to NSO's tool. [                        ] This isn't a "gotcha" review but rather and attempt to collect/put all of our information in one place in one document.  We are getting more RFIs from DOJ and OCA and I predict more are coming. [          ] have some of it, [              ] have some of it, and I have other parts from OGC but it needs to be in one place.  We will be doing RFI style interviews which the Agents on the "to" line will create. [                  ] to try and assemble all of this and we get upset if a part is missing or worse we report incorrect information.

[       ] will likely work with [     ] to get an early head start virtually as we need this completed by February 4, 2022.

Thank you!

Robert

```
=================================================
Classification: SECRET//NOFORN

=================================================
Classification: SECRET//NOFORN

=================================================
Classification: SECRET//NOFORN
```

**From:**
**Subject:**                              - UNCLASSIFIED
**To:**                    Steven Palmer
**Sent:**          October 21, 2021 5:18 PM (UTC-04:00)
**Attached:**

b6 -1
b7C -1
b7E -3

Classification: UNCLASSIFIED
=======================================================


=======================================================
Classification: UNCLASSIFIED

FBI: 22-cv-1539-308



**U.S. Department of Justice**

Federal Bureau of Investigation

December 04, 2018

State of Israel

Ministry of Defense

Defense Export Control Agency

The U.S. Department of Justice/Federal Bureau of Investigation certifies that [                    ]      b7E -3

[                                                                              ]

will be imported for the exclusive use by the U.S. Government.

The U.S. Government will not sell, deliver or otherwise transfer to any other party under any condition without the prior written approval of the Government of Israel. The U.S. Department of Justice/Federal Bureau of Investigation certifies that the sole purpose of end use is for the collection of data from mobile devices for the prevention and investigation of crimes and terrorism, in compliance with privacy and national security laws.

Signature:

Name/Title:  Steven Pandelides/Section Chief

**From:** ☐
**Subject:** FW: Update - RE: Export approval from Israel --- UNCLASSIFIED//~~FOUO~~
**To:** Steven Palmer; ☐
**Sent:** October 21, 2021 5:30 PM (UTC-04:00)
**Attached:** ☐

b6 -1
b7C -1

b7E -3

Classification: UNCLASSIFIED//~~FOUO~~
=======================================================

TRANSITORY RECORD


-----Original Message-----
From: ☐ (OTD) (FBI)
Sent: Tuesday, December 4, 2018 2:36 PM
To: ☐ (OGC) (FBI) ☐
Cc: ☐ (OTD) (FBI) ☐
☐ (OTD) (FBI) ☐ (OTD) (FBI) ☐
☐ (OTD) (FBI) ☐
Subject: FW: Update - RE: Export approval from Israel --- UNCLASSIFIED//~~FOUO~~

b6 -1
b7C -1
b7E -1

Classification: UNCLASSIFIED//~~FOUO~~
=======================================================

TRANSITORY RECORD

☐

b5 -1
b6 -1
b7C -1

Thank you!
☐

-----Original Message-----
From: ☐ (OTD) (FBI)
Sent: Tuesday, December 04, 2018 1:37 PM
To: ☐ (OTD) (FBI) ☐
Cc: ☐ (OTD) (FBI) ☐
Subject: Update - RE: Export approval from Israel --- UNCLASSIFIED//~~FOUO~~

b6 -1
b7C -1
b7E -1

Classification: UNCLASSIFIED//~~FOUO~~
=======================================================

TRANSITORY RECORD

Hello all,

☐

b5 -1
b7E -3

b5 -1
b6 -1
b7C -1

-----Original Message-----
From: [          ] (OTD) (FBI)                          b6 -1
Sent: Friday, November 30, 2018 3:50 PM                 b7C -1
To: [          ] (OTD) (FBI) [          ]               b7E -1
Subject: FW: Export approval from Israel --- UNCLASSIFIED//FOUO

Classification: UNCLASSIFIED//FOUO
======================================================

TRANSITORY RECORD


-----Original Message-----
From: [          ] (OTD) (FBI)
Sent: Friday, November 09, 2018 10:41 AM
To: [          ] (FD) (FBI)                             b6 -1
Cc: [          ] (OTD) (FBI) [          ] (OTD)(FBI)    b7C -1
[          ] (OTD) (FBI) [          ] (OTD)            b7E -1
(FBI) [          ] (OTD) (FBI) [          ]
Subject: FW: Export approval from Israel --- UNCLASSIFIED//FOUO

Classification: UNCLASSIFIED//FOUO
======================================================

TRANSITORY RECORD

Hi [          ]                                         b5 -1
                                                        b6 -1
                                                        b7C -1



-----Original Message-----
From: [          ] (OTD) (FBI)
Sent: Thursday, November 08, 2018 4:43 PM
To: [          ] (OTD) (FBI) [          ]               b6 -1
Cc: [          ] (OTD) (FBI) [          ] (OTD) (FBI)   b7C -1
[          ] (OTD) (FBI) [          ] (OTD) (FBI)       b7E -1
[          ] (OTD) (FBI) [          ] (OTD) (FBI)
Subject: FW: Export approval from Israel --- UNCLASSIFIED//FOUO

Classification: UNCLASSIFIED//FOUO

```
=====================================================
```

TRANSITORY RECORD

b5 -1
b6 -1
b7C -1

Thank you,

```
-----Original Message-----
From: [          ] (OTD) (FBI)                          b6 -1
Sent: Thursday, November 08, 2018 4:40 PM              b7C -1
To: [          ] (OTD) (FBI) [          ]              b7E -1
Subject: RE: Export approval from Israel --- UNCLASSIFIED//FOUO
```

Classification: UNCLASSIFIED//FOUO
```
=====================================================
```

TRANSITORY RECORD

```
-----Original Message-----
From: [          ] (OGC) (FBI)
Sent: Tuesday, November 06, 2018 11:56 AM
To: [          ] (OTD) (FBI) [          ] (OTD)
(FBI) [          ] (OGC) (FBI)                          b6 -1
Cc: [          ] (OTD) (FBI) [          ] (OTD)        b7C -1
(FBI) [          ] (OTD) (FBI) [          ]            b7E -1
[          ] (OTD) (FBI) [          ] (OTD) (FBI)
[          ] (OGC) (FBI) [          ]
Subject: RE: Export approval from Israel --- UNCLASSIFIED//FOUO
```

Classification: UNCLASSIFIED//FOUO
```
=====================================================
```

TRANSITORY RECORD

Hi: [                                                    ]

b5 -1
b6 -1
b7C -1

Best,

`_____` AGC                                              b6 -1
Operational Technology Law Unit                                  b7C -1
Office of the General Counsel                                    b7E -1
Samsung: `_____`
Newington: `_____`
Quantico: `_____`


-----Original Message-----
From: `_____` (OTD) (FBI)
Sent: Monday, November 05, 2018 2:42 PM
To: `_____` (OTD) (FBI) `_____` `_____`
`_____` (OGC) (FBI) `_____` (OGC) (FBI)    b6 -1
Cc: `_____` (OTD) (FBI) `_____` `_____` (OTD)   b7C -1
(FBI) `_____` (OTD) (FBI) `_____`       b7E -1
`_____` (OTD) (FBI) `_____` (OTD) (FBI)
Subject: RE: Export approval from Israel --- UNCLASSIFIED/~~FOUO~~

Classification: UNCLASSIFIED/~~FOUO~~
========================================================

TRANSITORY RECORD

`_____`             b5 -1
Thanks,                                                        b6 -1
`_____`                                              b7C -1

-----Original Message-----
From: `_____` (OTD) (FBI)
Sent: Wednesday, October 31, 2018 11:13 AM
To: `_____` (OTD) (FBI) `_____` (OGC) (FBI)    b6 -1
`_____` (OGC) (FBI) `_____` (OTD)      b7C -1
Cc: `_____` (OTD) (FBI) `_____` `_____` (OTD)   b7E -1
(FBI) `_____` (OTD) (FBI) `_____`
`_____` (OTD) (FBI) `_____` (OTD) (FBI)
Subject: RE: Export approval from Israel --- UNCLASSIFIED/~~FOUO~~

Classification: UNCLASSIFIED/~~FOUO~~
========================================================

TRANSITORY RECORD

`_____`     b5 -1
`_____`     b6 -1
                                                               b7C -1

-----Original Message-----
From: `_____` (OTD) (FBI)
Sent: Wednesday, October 31, 2018 9:26 AM
To: `_____` (OGC) (FBI) `_____`    b6 -1
(OGC) (FBI) `_____`                                   b7C -1
Cc: `_____` (OTD) (FBI) `_____`        b7E -1

(OTD) (FBI)　　　　　　　　　　　　　　(OTD) (FBI)　　　　　　　　　　　　　**b6 -1**
　　　　　　　　　　　　　(OTD) (FBI)　　　　　　　　　　　　　　　　　　**b7C -1**
　　　　　　　(OTD) (FBI)　　　　　　　　　　　　　(OTD) (FBI)　　　　　**b7E -1**

Subject: RE: Export approval from Israel --- UNCLASSIFIED//~~FOUO~~

Classification: UNCLASSIFIED//~~FOUO~~
=========================================================

TRANSITORY RECORD

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**b5 -1**
Thanks,　　　　　　　　　　　　　　　　　　　　　　　　　**b6 -1**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**b7C -1**

-----Original Message-----
From:　　　　　　　(OTD) (FBI)
Sent: Thursday, October 25, 2018 8:51 AM
To:　　　　　　　　(OGC) (FBI)　　　　　　　　　　　　　　**b6 -1**
(OGC) (FBI)　　　　　　　　　　　　　　　　　　　　　　　**b7C -1**
Cc:　　　　　　　(OTD) (FBI)　　　　　　　　　　　　　　　**b7E -1**
(OTD) (FBI)　　　　　　　　　　　(OTD) (FBI)
　　　　　　　　　　　(OTD) (FBI)
　　　　　　　　　　　　　　　(OTD) (FBI)
(OTD) (FBI)
Subject: RE: Export approval from Israel --- UNCLASSIFIED//~~FOUO~~

Classification: UNCLASSIFIED//~~FOUO~~
=========================================================

TRANSITORY RECORD

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**b5 -1**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**b6 -1**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**b7C -1**

-----Original Message-----
From:　　　　　　　(OGC) (FBI)
Sent: Monday, October 22, 2018 5:59 PM
To:　　　　　　　(OTD) (FBI)　　　　　　　　　　　(OGC)
(FBI)
Cc:　　　　　　　(OTD) (FBI)　　　　　　　　　　　　　　**b6 -1**
(OTD) (FBI)　　　　　　　　(OTD) (FBI)　　　　　　　　　**b7C -1**
　　　　　　　　(OTD) (FBI)　　　　　　　　　　　　　　　**b7E -1**
　　　　　(OTD) (FBI)　　　　　　　　　　　(OTD) (FBI)
Subject: RE: Export approval from Israel --- UNCLASSIFIED//~~FOUO~~

Classification: UNCLASSIFIED//~~FOUO~~
=========================================================

TRANSITORY RECORD
TRANSITORY RECORD

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**b5 -1**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**b6 -1**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**b7C -1**

[                    ] AGC
Operational Technology Law Unit
Office of the General Counsel
Samsung: [                    ]

b6 -1
b7C -1
b7E -1

-----Original Message-----
From: [                    ] (OTD) (FBI)
Sent: Sunday, October 21, 2018 9:10 PM
To: [                    ] (OGC) (FBI) [                    ] (OGC)
(FBI) [          ]
Cc: [                    ] (OTD) (FBI) [                    ]
(OTD) (FBI) [                    ] (OTD) (FBI)
[                    ] (OTD) (FBI) [                    ] (OTD) (FBI)
[          ] (OTD) (FBI) [                    ] (OTD) (FBI)
Subject: Export approval from Israel --- UNCLASSIFIED//FOUO

b6 -1
b7C -1
b7E -1

Classification: UNCLASSIFIED//FOUO
=======================================================

TRANSITORY RECORD

[          ]

b5 -1
b6 -1
b7C -1

-----Original Message-----
From: [                    ] (OGC) (FBI)
Sent: Friday, October 05, 2018 1:46 PM
To: [                    ] (OTD) (FBI) [                    ]
Subject: RE: Scanned Document --- UNCLASSIFIED//FOUO

b6 -1
b7C -1
b7E -1

Classification: UNCLASSIFIED//FOUO
=======================================================

TRANSITORY RECORD

[          ]

b5 -1
b6 -1
b7C -1

b5 -1
b7E -3

```
Sincerely,
```

Assistant General Counsel
Office of the General Counsel
Operational Technology Law Unit / Export Support Unit Federal Bureau of
Investigation
Phone:
Cell:

b6 -1
b7C -1
b7E -1

Assistant General Counsel
Operational Technology Law Unit
FBI Office of the General Counsel
O:                              (temp)
Cell:
E-Mail (U)
E-Mail (S):

Confidentiality Statement:  This message is transmitted to you by the Office of the
General Counsel of the Federal Bureau of Investigation.  The message, along with
any attachments, may be confidential and legally privileged.  If you are not the
intended recipient of this message, please destroy it promptly without further
retention or dissemination (unless otherwise required by law).  Please notify the
sender of the error by a separate e-mail or by calling

b7E -1

```
-----Original Message-----
From:                    (OTD) (FBI)
Sent: Wednesday, September 19, 2018 9:52 AM
To:                  (OGC) (FBI)
Subject: FW: Scanned Document --- UNCLASSIFIED//FOUO

Classification: UNCLASSIFIED//FOUO
========================================================

TRANSITORY RECORD
```

b6 -1
b7C -1
b7E -1

```
Do you have time to discuss this with me today?
```

b6 -1
b7C -1

Thanks.

[ ]                                                                    **b6 -1**
                                                                       **b7C -1**

-----Original Message-----
From: [            ] (OTD) (FBI)                                        **b6 -1**
Sent: Friday, August 24, 2018 11:06 AM                                 **b7C -1**
To: [            ] (OGC) (FBI)                                          **b7E -1**
Subject: FW: Scanned Document --- UNCLASSIFIED/~~FOUO~~

Classification: UNCLASSIFIED/~~FOUO~~
========================================================

TRANSITORY RECORD

[ ]                                                                    **b6 -1**
                                                                       **b7C -1**
Whenever you have time, I would like to discuss with you, Thank you, [    ]

-----Original Message-----
From: [              ] (OTD) (FBI)                                      **b6 -1**
Sent: Friday, August 24, 2018 10:34 AM                                 **b7C -1**
To: [            ] (OTD) (FBI) [              ]                         **b7E -1**
Subject: Scanned Document

Please see the attached document.
========================================================
Classification: UNCLASSIFIED/~~FOUO~~
========================================================
Classification: UNCLASSIFIED/~~FOUO~~
========================================================
Classification: UNCLASSIFIED/~~FOUO~~
========================================================
Classification: UNCLASSIFIED/~~FOUO~~
========================================================
Classification: UNCLASSIFIED/~~FOUO~~

========================================================
Classification: UNCLASSIFIED/~~FOUO~~
========================================================
Classification: UNCLASSIFIED/~~FOUO~~
========================================================
Classification: UNCLASSIFIED/~~FOUO~~
========================================================
Classification: UNCLASSIFIED/~~FOUO~~
========================================================
Classification: UNCLASSIFIED/~~FOUO~~
========================================================
Classification: UNCLASSIFIED/~~FOUO~~
========================================================
Classification: UNCLASSIFIED/~~FOUO~~
========================================================
Classification: UNCLASSIFIED/~~FOUO~~
========================================================
Classification: UNCLASSIFIED/~~FOUO~~
========================================================
Classification: UNCLASSIFIED/~~FOUO~~
========================================================
Classification: UNCLASSIFIED/~~FOUO~~



**U.S. Department of Justice**

Federal Bureau of Investigation

December 04, 2018

State of Israel

Ministry of Defense

Defense Export Control Agency

The U.S. Department of Justice/Federal Bureau of Investigation certifies that ⬚                    b7E -3

⬚                                                                                    will be imported for the exclusive use
by the U.S. Government.

The U.S. Government will not sell, deliver or otherwise transfer to any other party under any condition
without the prior written approval of the Government of Israel. The U.S. Department of Justice/Federal
Bureau of Investigation certifies that the sole purpose of end use is for the collection of data from mobile
devices for the prevention and investigation of crimes and terrorism, in compliance with privacy and
national security laws.

Signature:

Name/Title:

UNCLASSIFIED BY NSICG
ON 08-19-2022

b6 -1
b7C -1

**(LS) (FBI)**

| | | b6 -1 |
|---|---|---|
| om: | (OTD) (FBI) | b7C -1 |
| **Sent:** | Monday, January 31, 2022 7:27 AM | |
| **To:** | (LS) (FBI) | |
| **Subject:** | FW: FULL STOP on potential ▇▇ use --- UNCLASSIFIED//LES | b7E -3 |

| **Categories:** | Follow Up |
|---|---|
| **SentinelCaseId:** | NON-RECORD |

Classification: UNCLASSIFIED//LES

==================================================================

(U) LAW ENFORCEMENT SENSITIVE: The information marked (U//LES) in this document is the property of FBI and may be distributed within the Federal Government (and its contractors), US intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond these entities without FBI authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website or an unclassified network.

When we stopped.  The DD had told me a few days before he was not comfortable with NSO.

| | | | b6 -1 |
|---|---|---|---|
| om: Jones, Darrin E. (STB) (FBI) | | | b7C -1 |
| nt: Thursday, July 22, 2021 11:24 AM | | | b7E -1 |
| **To:** ▇▇ (OTD) (FBI) | Kohler, Alan E. Jr. (CD) (FBI) | | |
| Turner, Brian C. (CCRSB) (FBI) | | | |
| **Cc:** Langan, Timothy R. Jr. (CTD) (FBI) | Vorndran, Bryan A. (CyD) (FBI) | | |
| Shivers, Calvin A. (CID) (FBI) | (OGC) (FBI) | | |
| McNally, Richard (OGC) (FBI) | Gabriel, Kacey D. (OTD) (FBI) | | |

**Subject:** FULL STOP on potential ▇▇ use --- UNCLASSIFIED//LES

b7E -3

Classification: UNCLASSIFIED//LES

==================================================================

(U) LAW ENFORCEMENT SENSITIVE: The information marked (U//LES) in this document is the property of FBI and may be distributed within the Federal Government (and its contractors), US intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond these entities without FBI authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website or an unclassified network.

All, after a conversation with the DD last night, EAD Turner and have agreed to cease all efforts regarding the potential use of ▇▇ We may, after further discussion with the ▇▇

b5 -1
b7E -3

Regards,

SECRET

1

~~SECRET~~

Darrin

Darrin E. Jones
Executive Assistant Director
Science and Technology Branch

**From:** Brown, James Robert Jr. (OTD) (FBI) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Tuesday, July 20, 2021 1:39 PM
**To:** Kohler, Alan E. Jr. (CD) (FBI ▮▮▮▮▮▮▮▮   Turner, Brian C. (CCRSB) (FBI)▮▮▮▮▮▮▮▮▮▮▮                   b6 -1
Jones, Darrin E. (STB) (FBI ▮▮▮▮▮▮▮▮                                                                  b7C -1
**Cc:** LANGAN JR, TIMOTHY R. (CTD) (FBI)▮▮▮▮▮   Vorndran, Bryan A. (CyD) (FBI)                      b7E -1
▮▮▮▮▮▮▮▮▮▮▮   Shivers, Calvin A. (CID) (FBI)▮▮▮▮▮▮                                    (OGC) (FBI)
▮▮▮▮▮▮▮▮▮   McNally, Richard (OGC) (FBI)▮▮▮▮▮▮▮▮   Gabriel, Kacey D. (OTD) (FBI)
**Subject:** NSO updates --- UNCLASSIFIED//~~LES~~

```
Classification: UNCLASSIFIED//LES
===================================================================
```

(U) LAW ENFORCEMENT SENSITIVE: The information marked (U//~~LES~~) in this document is the property of FBI and may be distributed within the Federal Government (and its contractors), US intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond these entities without FBI authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website or an unclassified network.

Sir(s)                                                                                               b5 -1
                                                                                                     b7E -3

As a follow up to this morning's meeting with the DD, the recent news on NSO and ▮▮▮▮▮ and the meeting two weeks
ago ▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Robert

*Robert Brown*
**Assistant Director**
**Operational Technology Division**
Unclass: ▮▮▮▮▮                                                                                      b7E -1
▮▮▮▮▮▮▮▮ (C)

```
===================================================================
Classification: UNCLASSIFIED//LES
```

```
===================================================================
Classification: UNCLASSIFIED//LES
```

~~SECRET~~
2

SECRET

========================================================

Classification: UNCLASSIFIED//~~LES~~

SECRET

FBI: 22-cv-1539-518

**From:**    James Brown
**Subject:**  FW: NSO updates --- UNCLASSIFIED//LES
**To:**
**Cc:**      Kacey Gabriel
**Sent:**   July 21, 2021 4:15 PM (UTC-04:00)
**Attached:** (U__FOUO)⬛⬛⬛⬛⬛⬛Deployment_Guidelines.pdf

Classification: UNCLASSIFIED//LES
==============================================================

(U) LAW ENFORCEMENT SENSITIVE: The information marked (U//LES) in this document is the property of FBI and may
be distributed within the Federal Government (and its contractors), US intelligence, law enforcement, public safety or    b5 -1
protection officials and individuals with a need to know. Distribution beyond these entities without FBI authorization is  b6 -1
prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that    b7C -1
precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first  b7E -3
receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the
information marked LES on a website or an unclassified network.


Hi Oliver,

⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛ Can we get this on
Deputy's calendar?

Robert


**From:** Brown, James Robert Jr. (OTD) (FBI)
**Sent:** Tuesday, July 20, 2021 1:39 PM
**To:** Kohler, Alan E. Jr. (CD) (FBI)⬛⬛⬛⬛⬛⬛⬛ Turner, Brian C. (CCRSB) (FBI)⬛⬛⬛⬛⬛⬛
Jones, Darrin E. (STB) (FBI)⬛⬛⬛⬛⬛⬛⬛⬛⬛
**Cc:**⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛
⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛ McNally, Richard (OGC)⬛⬛⬛⬛⬛⬛⬛⬛⬛ Gabriel, Kacey D. (OTD)
(FBI)⬛⬛⬛⬛⬛
**Subject:** NSO updates --- UNCLASSIFIED//LES                            b5 -1
                                               b6 -1
Classification: UNCLASSIFIED//LES                        b7C -1
============================================================== b7E -1,-3

(U) LAW ENFORCEMENT SENSITIVE: The information marked (U//LES) in this document is the property of FBI and may
be distributed within the Federal Government (and its contractors), US intelligence, law enforcement, public safety or
protection officials and individuals with a need to know. Distribution beyond these entities without FBI authorization is
prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that
precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first
receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the
information marked LES on a website or an unclassified network.


Sir(s)

As a follow up to this morning's meeting with the DD, the recent news on NSO and ⬛⬛⬛⬛ and the meeting two weeks
⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛

Robert

*Robert Brown*
Assistant Director
Operational Technology Division
Unclass

b5 -1
b6 -1
b7C -1
b7E -1,-2,-3

═══════════════════════════════════════════════════
Classification: UNCLASSIFIED/~~LES~~

═══════════════════════════════════════════════════
Classification: UNCLASSIFIED/~~LES~~

| | |
|---|---|
| **From:** | Brian Turner |
| **Subject:** | RE: NSO updates --- UNCLASSIFIED/~~LES~~ |
| **To:** | James Brown |
| **Cc:** | Darrin Jones |
| **Sent:** | July 22, 2021 7:45 AM (UTC-04:00) |

Classification: UNCLASSIFIED//~~LES~~

═══════════════════════════════════════════════════════════════

(U) LAW ENFORCEMENT SENSITIVE: The information marked (U//LES) in this document is the property of FBI and may be distributed within the Federal Government (and its contractors), US intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond these entities without FBI authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website or an unclassified network.

Good copy, Robert.

Thank you,

Brian

**From:** Brown, James Robert Jr. (OTD) (FBI)
**Sent:** Thursday, July 22, 2021 6:57 AM
**To:** Turner, Brian C. (CCRSB) (FBI)
**Cc:** Jones, Darrin E. (STB) (FBI)
**Subject:** RE: NSO updates --- UNCLASSIFIED//~~LES~~

Classification: UNCLASSIFIED//~~LES~~

═══════════════════════════════════════════════════════════════

(U) LAW ENFORCEMENT SENSITIVE: The information marked (U//LES) in this document is the property of FBI and may be distributed within the Federal Government (and its contractors), US intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond these entities without FBI authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website or an unclassified network.

b5 -1
b7E -1

Copy.

Thank you for responding.

**From:** Turner, Brian C. (CCRSB) (FBI)
**Sent:** Thursday, July 22, 2021 6:21 AM
**To:** Brown, James Robert Jr. (OTD) (FBI)
**Cc:** Jones, Darrin E. (STB) (FBI)
**Subject:** RE: NSO updates --- UNCLASSIFIED//~~LES~~

Classification: UNCLASSIFIED//~~LES~~

═══════════════════════════════════════════════════════════════

(U) LAW ENFORCEMENT SENSITIVE: The information marked (U//LES) in this document is the property of FBI and may be distributed within the Federal Government (and its contractors), US intelligence, law enforcement, public safety or

protection officials and individuals with a need to know. Distribution beyond these entities without FBI authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website or an unclassified network.

Robert,

Darrin and I spoke with the DD on this yesterday.  He'll fill you in on the details.

Thanks much,

Brian

**b5 −1**
**b6 −1**
**b7C −1**
**b7E −1,−3**

**From:** Brown, James Robert Jr. (OTD) (FBI)
**Sent:** Tuesday, July 20, 2021 1:39 PM
**To:** Kohler, Alan E. Jr. (CD) (FBI)                    Turner, Brian C. (CCRSB) (FBI)
Jones, Darrin E. (STB) (FBI)
**Cc:**

(FBI)                    McNally, Richard (OGC) (FBI)                    Gabriel, Kacey D. (OTD)
(FBI)
**Subject:** NSO updates --- UNCLASSIFIED//~~LES~~

Classification: UNCLASSIFIED//~~LES~~
=====================================================================================

(U) LAW ENFORCEMENT SENSITIVE: The information marked (U//LES) in this document is the property of FBI and may be distributed within the Federal Government (and its contractors), US intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond these entities without FBI authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website or an unclassified network.

Sir(s)

As a follow up to this morning's meeting with the DD, the recent news on NSO and          and the meeting two weeks

Robert

Robert Brown
Assistant Director
Operational Technology Division
Unclass

**b5 −1**
**b6 −1**
**b7C −1**
**b7E −1,−2,−3**

```
=======================================================
Classification: UNCLASSIFIED//LES

=======================================================
Classification: UNCLASSIFIED//LES

=======================================================
Classification: UNCLASSIFIED//LES

=======================================================
Classification: UNCLASSIFIED//LES
```

| | | | |
|---|---|---|---|
| **From:** | Darrin Jones | | **b6 -1** |
| **Subject:** | FULL STOP on potential [____] use --- UNCLASSIFIED/~~LES~~ | | **b7C -1** |
| **To:** | James Brown; Alan Kohler; Brian Turner | | **b7E -3** |
| **Cc:** | Timothy Langan; Bryan Vorndran; Calvin Shivers; [____] Richard McNally; Kacey Gabriel | | |
| **Sent:** | July 22, 2021 11:24 AM (UTC-04:00) | | |

Classification: UNCLASSIFIED/~~LES~~

===============================================================

(U) LAW ENFORCEMENT SENSITIVE: The information marked (U//LES) in this document is the property of FBI and may be distributed within the Federal Government (and its contractors), US intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond these entities without FBI authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website or an unclassified network.

All, after a conversation with the DD last night, EAD Turner and have agreed to cease all efforts regarding the potential use of [_____] We may, after further discussion with the   **b5 -1**
DD, [_____]   **b7E -3**

Regards,

Darrin

Darrin E. Jones
Executive Assistant Director
Science and Technology Branch

| | | |
|---|---|---|
| **From:** Brown, James Robert Jr. (OTD) (FBI) [____] | | **b6 -1** |
| **Sent:** Tuesday, July 20, 2021 1:39 PM | | **b7C -1** |
| **To:** Kohler, Alan E. Jr. (CD) (FBI) [____] Turner, Brian C. (CCRSB) (FBI) [____] | | **b7E -1** |
| Jones, Darrin E. (STB) (FBI) [____] | | |
| **Cc:** LANGAN JR, TIMOTHY R. (CTD) (FBI) [____] Vorndran, Bryan A. (CyD) (FBI) | | |
| [____] Shivers, Calvin A. (CID) (FBI) [____] (OGC) | | |
| (FBI) [____] McNally, Richard (OGC) (FBI) [____] Gabriel, Kacey D. (OTD) | | |
| (FBI) [____] | | |
| **Subject:** NSO updates --- UNCLASSIFIED/~~LES~~ | | |

Classification: UNCLASSIFIED/~~LES~~

===============================================================

(U) LAW ENFORCEMENT SENSITIVE: The information marked (U//LES) in this document is the property of FBI and may be distributed within the Federal Government (and its contractors), US intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond these entities without FBI authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website or an unclassified network.

**b5 -1**
**b7E -3**

Sir(s)

As a follow up to this morning's meeting with the DD, the recent news on NSO and [____] and the meeting two weeks ago, [_____]

b5 -1
b7E -3

Robert

*Robert Brown*
Assistant Director
Operational Technology Division
Unclass

b7E -1

(C)

Classification: UNCLASSIFIED/~~LES~~

Classification: UNCLASSIFIED/~~LES~~

| | | |
|---|---|---|
| **From:** | Julie Kopec | |
| **Subject:** | FW: FULL STOP on potential [____] use --- UNCLASSIFIED//~~LES~~ | **b6 -1** |
| **To:** | | **b7C -1** |
| **Cc:** | | **b7E -3** |
| **Sent:** | July 22, 2021 11:31 AM (UTC-04:00) | |

Classification: UNCLASSIFIED//~~LES~~

=================================================

~~(U) LAW ENFORCEMENT SENSITIVE:~~ The information marked (U//~~LES~~) in this document is the property of FBI and may be distributed within the Federal Government (and its contractors), US intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond these entities without FBI authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website or an unclassified network.

FYSA....

**From:** [_____] (OGC) (FBI) [_____]
**Sent:** Thursday, July 22, 2021 11:26 AM
**To:** Jones, Jason Allen (OGC) (FBI) [_____] Prest, Erin M. (OGC) (FBI) [_____]
Kopec, Julie L. (OGC) (FBI) [_____] [_____] (OGC) (FBI) [_____] Delbagno,    **b6 -1**
[_____] (NSB) (FBI) [_____] (CCRSB) (FBI) [_____]    **b7C -1**
William J. (CIRG) (FBI) [_____] Rich, Oliver E. Jr. (DO) (FBI) [_____]    **b7E -1,3**
[_____] (STB) (FBI) [_____] [_____] (OGC) (FBI) [_____]
[_____] (DO) (DET) [_____]
**Subject:** FW: FULL STOP on potential [____] use --- UNCLASSIFIED//~~LES~~

Classification: UNCLASSIFIED//~~LES~~

=================================================

FYSA

**From:** Jones, Darrin E. (STB) (FBI) [_____]
**Sent:** Thursday, July 22, 2021 11:24 AM
**To:** Brown, James Robert Jr. (OTD) (FBI) [_____] Kohler, Alan E. Jr. (CD) (FBI) [_____]
[_____] Turner, Brian C. (CCRSB) (FBI) [_____]    **b6 -1**
**Cc:** Langan, Timothy R. Jr. (CTD) (FBI) [_____] Vorndran, Bryan A. (CyD) (FBI) [_____]    **b7C -1**
[_____] (CID) (FBI) [_____] (OGC)    **b7E -1,3**
[_____] (FBI) [_____] McNally, Richard (OGC) (FBI) [_____] Gabriel, Kacey D. (OTD) [_____]
[_____] (FBI) [_____]
**Subject:** FULL STOP on potential [____] use --- UNCLASSIFIED//~~LES~~

Classification: UNCLASSIFIED//~~LES~~

=================================================

(U) ~~LAW ENFORCEMENT SENSITIVE:~~ The information marked (U//LES) in this document is the property of FBI and may be distributed within the Federal Government (and its contractors), US intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond these entities without FBI authorization is

prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website or an unclassified network.

All, after a conversation with the DD last night, EAD Turner and have agreed to cease all efforts regarding the potential    **b5 -1**
use of                                                                We may, after further discussion with the    **b7E -3**
DD

Regards,

Darrin

Darrin E. Jones
Executive Assistant Director
Science and Technology Branch

**From:** Brown, James Robert Jr. (OTD) (FBI)
**Sent:** Tuesday, July 20, 2021 1:39 PM
**To:** Kohler, Alan E. Jr. (CD) (FBI)                  Turner, Brian C. (CCRSB) (FBI)                    **b6 -1**
Jones, Darrin E. (STB) (FBI)                                                                              **b7C -1**
**Cc:** LANGAN JR, TIMOTHY R. (CTD) (FBI)              Vorndran, Bryan A. (CyD) (FBI)                     **b7E -1**
                  ; Shivers, Calvin A. (CID) (FBI)                                          (OGC)
(FBI)                              McNally, Richard (OGC) (FBI)                Gabriel, Kacey D. (OTD)
(FBI)
**Subject:** NSO updates --- UNCLASSIFIED//LES

Classification: UNCLASSIFIED//LES
====================================================================

(U) LAW ENFORCEMENT SENSITIVE: The information marked (U//LES) in this document is the property of FBI and may be distributed within the Federal Government (and its contractors), US intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond these entities without FBI authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website or an unclassified network.

Sir(s)

As a follow up to this morning's meeting with the DD, the recent news on NSO and          and the meeting two weeks    **b5 -1**
ago                                                                                                       **b7E -3**

Robert

*Robert Brown*
Assistant Director
Operational Technology Division
Unclass                                                                                                  **b7E -1**

(C)

b7E -1

=================================================
Classification: UNCLASSIFIED//~~LES~~

=================================================
Classification: UNCLASSIFIED//~~LES~~

=================================================
Classification: UNCLASSIFIED//~~LES~~

=================================================
Classification: UNCLASSIFIED//~~LES~~

**From:** Calvin Shivers                                                                    b6 -1
**Subject:** FW: FULL STOP on potential [          ]use --- UNCLASSIFIED/~~LES~~      b7C -1
**To:**                                                                                    b7E -3
**Cc:** [                    ]
**Sent:** July 22, 2021 11:41 AM (UTC-04:00)

Classification: UNCLASSIFIED/~~LES~~
================================================================

(U) LAW ENFORCEMENT SENSITIVE: The information marked (U//LES) in this document is the property of FBI and may be distributed within the Federal Government (and its contractors), US intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond these entities without FBI authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website or an unclassified network.

[                                                                                ]      b5 -1
                                                                                          b7E -3

Calvin A. Shivers
Assistant Director
Criminal Investigative Division
[          ](Office)                                                                       b7E -1
[          ](Mobile)

**From:** Jones, Darrin E. (STB) (FBI)[                    ]
**Sent:** Thursday, July 22, 2021 11:24 AM
**To:** Brown, James Robert Jr. (OTD) (FBI)[                    ] Kohler, Alan E. Jr. (CD) (FBI)
[                              ] Turner, Brian C. (CCRSB) (FBI)[          ]                b6 -1
**Cc:** Langan, Timothy R. Jr. (CTD) (FBI)[          ] Vorndran, Bryan A. (CyD) (FBI)        b7C -1
[                    ] Shivers, Calvin A. (CID) (FBI[                              ](OGC)   b7E -1,3
[FBI][                    ] McNally, Richard (OGC) (FBI)[          ] Gabriel, Kacey D. (OTD)
[FBI]
**Subject:** FULL STOP on potential[          ]use --- UNCLASSIFIED/~~LES~~

Classification: UNCLASSIFIED/~~LES~~
================================================================

(U) LAW ENFORCEMENT SENSITIVE: The information marked (U//LES) in this document is the property of FBI and may be distributed within the Federal Government (and its contractors), US intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond these entities without FBI authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website or an unclassified network.

All, after a conversation with the DD last night, EAD Turner and have agreed to cease all efforts regarding the potential use of [                                        ] We may, after further discussion with the   b5 -1
DD,[                                              ]                                          b7E -3

Regards,

Darrin

Darrin E. Jones

Executive Assistant Director
Science and Technology Branch

**From:** Brown, James Robert Jr. (OTD) (FBI)
**Sent:** Tuesday, July 20, 2021 1:39 PM
**To:** Kohler, Alan E. Jr. (CD) (FBI)                    Turner, Brian C. (CCRSB) (FBI)                b6  -1
Jones, Darrin E. (STB) (FBI)                                                                          b7C -1
**Cc:** LANGAN JR, TIMOTHY R. (CTD) (FBI)                    Vorndran, Bryan A. (CyD) (FBI)           b7E -1
                    Shivers, Calvin A. (CID) (FBI)                                  (OGC)
(FBI)                              McNally, Richard (OGC) (FBI)                    Gabriel, Kacey D. (OTD)
(FBI)
**Subject:** NSO updates --- UNCLASSIFIED//~~LES~~

Classification: UNCLASSIFIED//~~LES~~

==========================================================================

(U) ~~LAW ENFORCEMENT SENSITIVE:~~ The information marked (U//~~LES~~) in this document is the property of FBI and may
be distributed within the Federal Government (and its contractors), US intelligence, law enforcement, public safety or
protection officials and individuals with a need to know. Distribution beyond these entities without FBI authorization is
prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that
precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first
receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the
information marked LES on a website or an unclassified network.

Sir(s)

As a follow up to this morning's meeting with the DD, the recent news on NSO and          and the meeting two weeks      b5  -1
ago                                                                                                                    b7E -3


Robert

*Robert Brown*
Assistant Director
Operational Technology Division
Unclass                                                                                                                b7E -1
          (C)


==========================================================================

Classification: UNCLASSIFIED//~~LES~~

==========================================================================

Classification: UNCLASSIFIED//~~LES~~

==========================================================================

Classification: UNCLASSIFIED//~~LES~~

**From:** Richard McNally
**Subject:** FW: FULL STOP on potential [        ] use --- UNCLASSIFIED//~~LES~~          b6 -1
**To:** [                    ]                                                           b7C -1
**Sent:** July 22, 2021 11:44 AM (UTC-04:00)                                            b7E -3

Classification: UNCLASSIFIED//~~LES~~

========================================================================

~~(U) LAW ENFORCEMENT SENSITIVE: The information marked (U//LES) in this document is the property of FBI and may be distributed within the Federal Government (and its contractors), US intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond these entities without FBI authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website or an unclassified network.~~

~~NOT FOR FURTHER DISSEMINATION~~

**From:** Jones, Darrin E. (STB) (FBI) [        ]
**Sent:** Thursday, July 22, 2021 11:24 AM
**To:** Brown, James Robert Jr. (OTD) (FBI) [        ]          Kohler, Alan E. Jr. (CD) (FBI)          b6 -1
[        ]          Turner, Brian C. (CCRSB) (FBI) [        ]                                            b7C -1
**Cc:** Langan, Timothy R. Jr. (CTD) (FBI) [        ]          Vorndran, Bryan A. (CyD) (FBI)          b7E -1,3
[        ]          Shivers, Calvin A. (CID) (FBI) [        ]                              (OGC)
(FBI) [        ]                    McNally, Richard (OGC) (FBI) [        ]          Gabriel, Kacey D. (OTD)
(FBI) [        ]
**Subject:** FULL STOP on potential [        ] use --- UNCLASSIFIED//~~LES~~

Classification: UNCLASSIFIED//~~LES~~

========================================================================

(U) LAW ENFORCEMENT SENSITIVE: The information marked (U//~~LES~~) in this document is the property of FBI and may be distributed within the Federal Government (and its contractors), US intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond these entities without FBI authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website or an unclassified network.

All, after a conversation with the DD last night, EAD Turner and I have agreed to cease all efforts regarding the potential   b5 -1
use of [                                                        ] We may, after further discussion with the   b7E -3
DD [                                                        ]

Regards,

Darrin

Darrin E. Jones
Executive Assistant Director
Science and Technology Branch

**From:** Brown, James Robert Jr. (OTD) (FBI [        ]                                      b7E -1
**Sent:** Tuesday, July 20, 2021 1:39 PM
**To:** Kohler, Alan E. Jr. (CD) (FBI) [        ]          Turner, Brian C. (CCRSB) (FBI) [        ]

Jones, Darrin E. (STB) (FBI)
**Cc:** LANGAN JR, TIMOTHY R. (CTD) (FBI)                         Vorndran, Bryan A. (CyD) (FBI)          **b6 −1**
                          Shivers, Calvin A. (CID) (FBI)                              (OGC)          **b7C −1**
(FBI)                            McNally, Richard (OGC) (FBI)                   Gabriel, Kacey D. (OTD)     **b7E −1**
(FBI)
**Subject:** NSO updates --- UNCLASSIFIED//~~LES~~

Classification: UNCLASSIFIED//~~LES~~
=================================================================

(U) LAW ENFORCEMENT SENSITIVE: The information marked (U//~~LES~~) in this document is the property of FBI and may
be distributed within the Federal Government (and its contractors), US intelligence, law enforcement, public safety or
protection officials and individuals with a need to know. Distribution beyond these entities without FBI authorization is
prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that
precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first
receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the
information marked LES on a website or an unclassified network.

Sir(s)

As a follow up to this morning's meeting with the DD, the recent news on NSO and           and the meeting two weeks     **b5 −1**
ago                                                                                                                      **b7E −3**

Robert

*Robert Brown*
Assistant Director
Operational Technology Division
Unclass:                                                                                                                **b7E −1**
          (C)


=================================================================
Classification: UNCLASSIFIED//~~LES~~

=================================================================
Classification: UNCLASSIFIED//~~LES~~

=================================================================
Classification: UNCLASSIFIED//~~LES~~

**From:** ▮
**Subject:** RE: FULL STOP on potential ▮ use --- UNCLASSIFIED/~~LES~~
**To:** ▮
**Cc:**
**Sent:** July 22, 2021 11:45 AM (UTC-04:00)

b6 -1
b7C -1
b7E -3

Classification: UNCLASSIFIED/~~LES~~
=============================================================

(U) ~~LAW ENFORCEMENT SENSITIVE:~~ The information marked (U//~~LES~~) in this document is the property of FBI and may be distributed within the Federal Government (and its contractors), US intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond these entities without FBI authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website or an unclassified network.

Copy.

**From:** Shivers, Calvin A. (CID) (FBI) ▮
**Sent:** Thursday, July 22, 2021 11:41 AM
**To:** ▮ (CID) (FBI) ▮ (CID) (FBI) ▮
**Cc:** ▮ (PG) (FBI) ▮ (CID) (FBI)
▮
**Subject:** FW: FULL STOP on potential ▮ use --- UNCLASSIFIED/~~LES~~

b6 -1
b7C -1
b7E -1,3

Classification: UNCLASSIFIED/~~LES~~
=============================================================

(U) ~~LAW ENFORCEMENT SENSITIVE:~~ The information marked (U//~~LES~~) in this document is the property of FBI and may be distributed within the Federal Government (and its contractors), US intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond these entities without FBI authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website or an unclassified network.

▮

b5 -1
b7E -3

Calvin A. Shivers
Assistant Director
Criminal Investigative Division
▮ (Office)
▮ (Mobile)

b7E -1

**From:** Jones, Darrin E. (STB) (FBI) ▮
**Sent:** Thursday, July 22, 2021 11:24 AM
**To:** Brown, James Robert Jr. (OTD) (FBI) ▮ Kohler, Alan E. Jr. (CD) (FBI)
▮ Turner, Brian C. (CCRSB) (FBI) ▮
**Cc:** Langan, Timothy R. Jr. (CTD) (FBI) ▮ Vorndran, Bryan A. (CyD) (FBI)
▮ Shivers, Calvin A. (CID) (FBI) ▮ (OGC)
(FBI) ▮ McNally, Richard (OGC) (FBI) ▮ Gabriel, Kacey D. (OTD)
(FBI) ▮
**Subject:** FULL STOP on potential ▮ use --- UNCLASSIFIED/~~LES~~

b6 -1
b7C -1
b7E -1,3

Classification: UNCLASSIFIED//~~LES~~

======================================================

(U) LAW ENFORCEMENT SENSITIVE: The information marked (U//LES) in this document is the property of FBI and may be distributed within the Federal Government (and its contractors), US intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond these entities without FBI authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website or an unclassified network.

All, after a conversation with the DD last night, EAD Turner and have agreed to cease all efforts regarding the potential use of                  We may, after further discussion with the DD.                                             **b5 -1**
                                                         **b7E -3**

Regards,

Darrin

Darrin E. Jones
Executive Assistant Director
Science and Technology Branch

**From:** Brown, James Robert Jr. (OTD) (FBI)
**Sent:** Tuesday, July 20, 2021 1:39 PM
**To:** Kohler, Alan E. Jr. (CD) (FBI)      Turner, Brian C. (CCRSB) (FBI)           **b6 -1**
Jones, Darrin E. (STB) (FBI)                                              **b7C -1**
**Cc:** LANGAN JR, TIMOTHY R. (CTD) (FBI)      Vorndran, Bryan A. (CyD) (FBI)       **b7E -1**
                  Shivers, Calvin A. (CID) (FBI)                        (OGC)
(FBI)                         McNally, Richard (OGC) (FBI)             Gabriel, Kacey D. (OTD)
(FBI)
**Subject:** NSO updates --- UNCLASSIFIED//~~LES~~

Classification: UNCLASSIFIED//~~LES~~

======================================================

(U) LAW ENFORCEMENT SENSITIVE: The information marked (U//LES) in this document is the property of FBI and may be distributed within the Federal Government (and its contractors), US intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond these entities without FBI authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website or an unclassified network.

Sir(s)

As a follow up to this morning's meeting with the DD, the recent news on NSO and     and the meeting two weeks     **b5 -1**
ago                                                           **b7E -3**

Robert

*Robert Brown*
Assistant Director
Operational Technology Division
Unclass:

(C)

b7E -1

```
==============================================================
```
Classification: UNCLASSIFIED//~~LES~~

```
==============================================================
```
Classification: UNCLASSIFIED//~~LES~~

```
==============================================================
```
Classification: UNCLASSIFIED//~~LES~~

```
==============================================================
```
Classification: UNCLASSIFIED//~~LES~~

**From:**
**Subject:** FW: FULL STOP on potential [ ] use --- UNCLASSIFIED//LES
**To:** Steven Palmer;
**Sent:** July 22, 2021 11:45 AM (UTC-04:00)

b6 -1
b7C -1
b7E -3

Classification: UNCLASSIFIED/ ~~LES~~

═══════════════════════════════════════════════════════════════════

(U) LAW ENFORCEMENT SENSITIVE: The information marked (U//LES) in this document is the property of FBI and may be distributed within the Federal Government (and its contractors), US intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond these entities without FBI authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website or an unclassified network.

I'm sure you guys saw this as well, but wanted to make sure.

**From:** Shivers, Calvin A. (CID) (FBI)
**Sent:** Thursday, July 22, 2021 11:41 AM
**To:** [ ] (CID) (FBI) [ ] (CID) (FBI)
**Cc:** [ ] (PG) (FBI) [ ] (CID) (FBI)

b6 -1
b7C -1
b7E -1,3

**Subject:** FW: FULL STOP on potential [ ] use --- UNCLASSIFIED//~~LES~~

Classification: UNCLASSIFIED// ~~LES~~

═══════════════════════════════════════════════════════════════════

(U) LAW ENFORCEMENT SENSITIVE: The information marked (U//LES) in this document is the property of FBI and may be distributed within the Federal Government (and its contractors), US intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond these entities without FBI authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website or an unclassified network.

b5 -1
b7E -3

Calvin A. Shivers
Assistant Director
Criminal Investigative Division
[ ] (Office)
[ ] (Mobile)

b7E -1

**From:** Jones, Darrin E. (STB) (FBI) [ ]
**Sent:** Thursday, July 22, 2021 11:24 AM
**To:** Brown, James Robert Jr. (OTD) (FBI) [ ] Kohler, Alan E. Jr. (CD) (FBI)
[ ] Turner, Brian C. (CCRSB) (FBI)
**Cc:** Langan, Timothy R. Jr. (CTD) (FBI) [ ] Vorndran, Bryan A. (CyD) (FBI)
[ ] Shivers, Calvin A. (CID) (FBI) [ ] (OGC)
[ ] (FBI) [ ] McNally, Richard (OGC) (FBI) [ ] Gabriel, Kacey D. (OTD) (FBI)
(FBI) [ ]
**Subject:** FULL STOP on potential [ ] use --- UNCLASSIFIED//~~LES~~

b6 -1
b7C -1
b7E -1,3

Classification: UNCLASSIFIED/~~LES~~
================================================================

(U) LAW ENFORCEMENT SENSITIVE: The information marked (U//LES) in this document is the property of FBI and may be distributed within the Federal Government (and its contractors), US intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond these entities without FBI authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website or an unclassified network.

All, after a conversation with the DD last night, EAD Turner and have agreed to cease all efforts regarding the potential use of [                              ] We may, after further discussion with the DD [                ]

                                                                                     b5 −1
                                                                                     b7E −3

Regards,

Darrin

Darrin E. Jones
Executive Assistant Director
Science and Technology Branch

**From:** Brown, James Robert Jr. (OTD) (FBI) [              ]
**Sent:** Tuesday, July 20, 2021 1:39 PM
**To:** Kohler, Alan E. Jr. (CD) (FBI) [          ] Turner, Brian C. (CCRSB) (FBI) [          ]      b6 −1
Jones, Darrin E. (STB) (FBI) [          ]                                                              b7C −1
**Cc:** LANGAN JR, TIMOTHY R. (CTD) (FBI [          ] Vorndran, Bryan A. (CyD) (FBI) [          ]     b7E −1
[          ] Shivers, Calvin A. (CID) (FBI) [                              ] (OGC)
(FBI) [                    ] McNally, Richard (OGC) (FBI) [              ] Gabriel, Kacey D. (OTD)
(FBI) [          ]
**Subject:** NSO updates --- UNCLASSIFIED/~~LES~~

Classification: UNCLASSIFIED/~~LES~~
================================================================

(U) LAW ENFORCEMENT SENSITIVE: The information marked (U//LES) in this document is the property of FBI and may be distributed within the Federal Government (and its contractors), US intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond these entities without FBI authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website or an unclassified network.

Sir(s)

As a follow up to this morning's meeting with the DD, the recent news on NSO and [        ] and the meeting two weeks    b5 −1
ago, [                              ]                                                            b7E −3

Robert

*Robert Brown*
Assistant Director
Operational Technology Division
Unclass

b7E -1

(C)

===========================================================================
Classification: UNCLASSIFIED/~~LES~~

===========================================================================
Classification: UNCLASSIFIED/~~LES~~

===========================================================================
Classification: UNCLASSIFIED/~~LES~~

===========================================================================
Classification: UNCLASSIFIED/~~LES~~

**From:** Richard McNally
**Subject:** FW: FULL STOP on potential [redacted] use --- UNCLASSIFIED//LES                b7E -3
**To:** Jason Jones; Erin Prest
**Sent:** July 22, 2021 11:45 AM (UTC-04:00)

Classification: UNCLASSIFIED//LES
================================================================

(U) LAW ENFORCEMENT SENSITIVE: The information marked (U//LES) in this document is the property of FBI and may be distributed within the Federal Government (and its contractors), US intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond these entities without FBI authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website or an unclassified network.

FYI ...

**From:** Jones, Darrin E. (STB) (FBI) [redacted]
**Sent:** Thursday, July 22, 2021 11:24 AM
**To:** Brown, James Robert Jr. (OTD) (FBI) [redacted]    Kohler, Alan E. Jr. (CD) (FBI)        b6 -1
[redacted] Turner, Brian C. (CCRSB) (FBI) [redacted]                                          b7C -1
**Cc:** Langan, Timothy R. Jr. (CTD) (FBI) [redacted]    Vorndran, Bryan A. (CyD) (FBI)       b7E -1,3
[redacted] Shivers, Calvin A. (CID) (FBI [redacted]                                  (OGC)
(FBI) [redacted]    McNally, Richard (OGC) (FBI) [redacted]    Gabriel, Kacey D. (OTD)
(FBI [redacted]
**Subject:** FULL STOP on potential [redacted] use --- UNCLASSIFIED//LES

Classification: UNCLASSIFIED//LES
================================================================

(U) LAW ENFORCEMENT SENSITIVE: The information marked (U//LES) in this document is the property of FBI and may be distributed within the Federal Government (and its contractors), US intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond these entities without FBI authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website or an unclassified network.

All, after a conversation with the DD last night, EAD Turner and have agreed to cease all efforts regarding the potential      b5 -1
use of [redacted]                                                          We may, after further discussion with the       b7E -3
DD. [redacted]

Regards,

Darrin

Darrin E. Jones
Executive Assistant Director
Science and Technology Branch

**From:** Brown, James Robert Jr. (OTD) (FBI) [redacted]                                          b7E -1
**Sent:** Tuesday, July 20, 2021 1:39 PM

**To:** Kohler, Alan E. Jr. (CD) (FBI)[                    ]    Turner, Brian C. (CCRSB) (FBI)[          ]    b6 -1
Jones, Darrin E. (STB) (FBI)[          ]                                                                        b7C -1
**Cc:** LANGAN JR, TIMOTHY R. (CTD) (FBI)[          ]    Vorndran, Bryan A. (CyD) (FBI)                 b7E -1
[          ]    Shivers, Calvin A. (CID) (FBI [                    ]                         (OGC)
(FBI[          ]                  McNally, Richard (OGC) (FBI)[          ]    Gabriel, Kacey D. (OTD)
(FBI[          ]

**Subject:** NSO updates --- UNCLASSIFIED/~~LES~~

Classification: UNCLASSIFIED/~~LES~~
==================================================================

(U) LAW ENFORCEMENT SENSITIVE: The information marked (U//LES) in this document is the property of FBI and may
be distributed within the Federal Government (and its contractors), US intelligence, law enforcement, public safety or
protection officials and individuals with a need to know. Distribution beyond these entities without FBI authorization is
prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that
precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first
receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the
information marked LES on a website or an unclassified network.

Sir(s)

As a follow up to this morning's meeting with the DD, the recent news on NSO and [          ] and the meeting two weeks    b5 -1
ago [                                                                                                                ]    b7E -3

[                                                                                                                    ]

Robert

*Robert Brown*
Assistant Director
Operational Technology Division
Unclass:[          ]                                                                                                 b7E -1
[          ]    (C)

==================================================================
Classification: UNCLASSIFIED/~~LES~~

==================================================================
Classification: UNCLASSIFIED/~~LES~~

==================================================================
Classification: UNCLASSIFIED/~~LES~~

**From:** ▮▮▮▮▮▮     b6 -1
**Subject:** FW: FULL STOP on potential ▮▮▮ use --- UNCLASSIFIED/~~LES~~    b7C -1
**To:** ▮▮▮▮▮    b7E -3
**Sent:** July 22, 2021 11:46 AM (UTC-04:00)

Classification: UNCLASSIFIED/~~LES~~
======================================================================

(U) LAW ENFORCEMENT SENSITIVE: The information marked (U/~~LES~~) in this document is the property of FBI and may be distributed within the Federal Government (and its contractors), US intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond these entities without FBI authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website or an unclassified network.

▮▮▮▮    b5 -1

**From:** Shivers, Calvin A. (CID) (FBI)▮
**Sent:** Thursday, July 22, 2021 11:41 AM
**To:** ▮▮▮ (CID) (FBI) ▮▮▮▮ (CID) (FBI)    b6 -1
**Cc:** ▮▮▮ (PG) (FBI) ▮▮▮▮ (CID) (FBI)    b7C -1
   b7E -1,3
**Subject:** FW: FULL STOP on potential ▮▮▮ use --- UNCLASSIFIED/~~LES~~

Classification: UNCLASSIFIED/~~LES~~
======================================================================

(U) LAW ENFORCEMENT SENSITIVE: The information marked (U/~~LES~~) in this document is the property of FBI and may be distributed within the Federal Government (and its contractors), US intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond these entities without FBI authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website or an unclassified network.

▮▮▮▮▮▮▮▮▮    b5 -1
   b7E -3

Calvin A. Shivers
Assistant Director
Criminal Investigative Division
▮▮▮ (Office)    b7E -1
▮▮▮ (Mobile)

**From:** Jones, Darrin E. (STB) (FBI) ▮▮▮
**Sent:** Thursday, July 22, 2021 11:24 AM
**To:** Brown, James Robert Jr. (OTD) (FBI) ▮▮▮ Kohler, Alan E. Jr. (CD) (FBI)
▮▮▮ Turner, Brian C. (CCRSB) (FBI)    b6 -1
**Cc:** Langan, Timothy R. Jr. (CTD) (FBI) ▮▮▮ Vorndran, Bryan A. (CyD) (FBI)    b7C -1
▮▮▮ Shivers, Calvin A. (CID) (FBI ▮▮▮ (OGC)    b7E -1,3
(FBI) ▮▮▮ McNally, Richard (OGC) (FBI) ▮▮▮ Gabriel, Kacey D. (OTD)
(FBI) ▮▮▮
**Subject:** FULL STOP on potential ▮▮▮ use --- UNCLASSIFIED/~~LES~~

Classification: UNCLASSIFIED//~~LES~~
===========================================================

(U) LAW ENFORCEMENT SENSITIVE: The information marked (U//~~LES~~) in this document is the property of FBI and may be distributed within the Federal Government (and its contractors), US intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond these entities without FBI authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website or an unclassified network.

All, after a conversation with the DD last night, EAD Turner and have agreed to cease all efforts regarding the potential use of [                                                                    ] We may, after further discussion with the DD, [                                                        ]

                                                                                  b5 -1
                                                                                     b7E -3

Regards,

Darrin

Darrin E. Jones
Executive Assistant Director
Science and Technology Branch

**From:** Brown, James Robert Jr. (OTD) (FBI) [                                    ]
**Sent:** Tuesday, July 20, 2021 1:39 PM
**To:** Kohler, Alan E. Jr. (CD) (FBI) [                              ] Turner, Brian C. (CCRSB) (FBI) [                        ]    b6 -1
Jones, Darrin E. (STB) (FBI) [                    ]    b7C -1
**Cc:** LANGAN JR, TIMOTHY R. (CTD) (FBI) [                        ] Vorndran, Bryan A. (CyD) (FBI) [                    ]    b7E -1
[                      ] Shivers, Calvin A. (CID) (FBI) [                                ] OGC)
(FBI) [                  ] McNally, Richard (OGC) (FBI) [                        ] Gabriel, Kacey D. (OTD)
(FBI) [            ]
**Subject:** NSO updates --- UNCLASSIFIED//~~LES~~

Classification: UNCLASSIFIED//~~LES~~
===========================================================

(U) LAW ENFORCEMENT SENSITIVE: The information marked (U//~~LES~~) in this document is the property of FBI and may be distributed within the Federal Government (and its contractors), US intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond these entities without FBI authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website or an unclassified network.

Sir(s)

As a follow up to this morning's meeting with the DD, the recent news on NSO and [            ] and the meeting two weeks   b5 -1
ago [                                                                    ]   b7E -3

[                                                                                          ]

Robert

*Robert Brown*
Assistant Director
Operational Technology Division
Unclass

(C)

**b7E -1**

=========================================================================
Classification: UNCLASSIFIED/~~LES~~

=========================================================================
Classification: UNCLASSIFIED/~~LES~~

=========================================================================
Classification: UNCLASSIFIED/~~LES~~

=========================================================================
Classification: UNCLASSIFIED/~~LES~~

**From:** Jason Jones
**Subject:** RE: FULL STOP on potential [ ] use --- UNCLASSIFIED//LES
**To:** Richard McNally; Erin Prest
**Sent:** July 22, 2021 11:46 AM (UTC-04:00)

b7E -3

Classification: UNCLASSIFIED//LES
================================================================

(U) LAW ENFORCEMENT SENSITIVE: The information marked (U//LES) in this document is the property of FBI and may be distributed within the Federal Government (and its contractors), US intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond these entities without FBI authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website or an unclassified network.

Thanks Rick - not surprising.

**From:** McNally, Richard (OGC) (FBI) [ ]
**Sent:** Thursday, July 22, 2021 11:45 AM
**To:** Jones, Jason Allen (OGC) (FBI [ ]     Prest, Erin M. (OGC) (FBI) [ ]
**Subject:** FW: FULL STOP on potential [ ] use --- UNCLASSIFIED//LES

b7E -1,3

Classification: UNCLASSIFIED//LES
================================================================

(U) LAW ENFORCEMENT SENSITIVE: The information marked (U//LES) in this document is the property of FBI and may be distributed within the Federal Government (and its contractors), US intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond these entities without FBI authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website or an unclassified network.

FYI --

**From:** Jones, Darrin E. (STB) (FBI) [ ]
**Sent:** Thursday, July 22, 2021 11:24 AM
**To:** Brown, James Robert Jr. (OTD) (FBI) [ ]     Kohler, Alan E. Jr. (CD) (FBI) [ ]
[ ]     Turner, Brian C. (CCRSB) (FBI) [ ]
**Cc:** Langan, Timothy R. Jr. (CTD) (FBI) [ ]     Vorndran, Bryan A. (CyD) (FBI) [ ]
[ ]     Shivers, Calvin A. (CID) (FBI) [ ]     [ ](OGC)
(FBI) [ ]     McNally, Richard (OGC) (FBI) [ ]     Gabriel, Kacey D. (OTD)
(FBI) [ ]
**Subject:** FULL STOP on potential [ ] use --- UNCLASSIFIED//LES

b6 -1
b7C -1
b7E -1,3

Classification: UNCLASSIFIED//LES
================================================================

(U) LAW ENFORCEMENT SENSITIVE: The information marked (U//LES) in this document is the property of FBI and may be distributed within the Federal Government (and its contractors), US intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond these entities without FBI authorization is

prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website or an unclassified network.

All, after a conversation with the DD last night, EAD Turner and have agreed to cease all efforts regarding the potential use of [redacted] We may, after further discussion with the DD, [redacted]

b5 -1
b7E -3

Regards,

Darrin

Darrin E. Jones
Executive Assistant Director
Science and Technology Branch

**From:** Brown, James Robert Jr. (OTD) (FBI) [redacted]
**Sent:** Tuesday, July 20, 2021 1:39 PM
**To:** Kohler, Alan E. Jr. (CD) (FBI) [redacted] Turner, Brian C. (CCRSB) (FBI) [redacted]
Jones, Darrin E. (STB) (FBI) [redacted]
**Cc:** LANGAN JR, TIMOTHY R. (CTD) (FBI) [redacted] Vorndran, Bryan A. (CyD) (FBI) [redacted]
[redacted] Shivers, Calvin A. (CID) (FBI) [redacted] (OGC)
(FBI) [redacted] McNally, Richard (OGC) (FBI) [redacted] Gabriel, Kacey D. (OTD)
(FBI) [redacted]
**Subject:** NSO updates --- UNCLASSIFIED//~~LES~~

b6 -1
b7C -1
b7E -1

Classification: UNCLASSIFIED//~~LES~~

(U) LAW ENFORCEMENT SENSITIVE: The information marked (U//LES) in this document is the property of FBI and may be distributed within the Federal Government (and its contractors), US intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond these entities without FBI authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website or an unclassified network.

Sir(s)

As a follow up to this morning's meeting with the DD, the recent news on NSO and [redacted] and the meeting two weeks ago [redacted]

b5 -1
b7E -3

Robert

*Robert Brown*
Assistant Director
Operational Technology Division
Unclass: [redacted]

b7E -1

[    ](C)                                                                    **b7E -1**

```
===================================================
Classification: UNCLASSIFIED//LES
```

```
===================================================
Classification: UNCLASSIFIED//LES
```

```
===================================================
Classification: UNCLASSIFIED//LES
```

```
===================================================
Classification: UNCLASSIFIED//LES
```

| From: | [redacted] | b6 -1 |
|---|---|---|
| Subject: | FW: FULL STOP on potential [redacted] use --- UNCLASSIFIED//LES | b7C -1 |
| To: | Steven Palmer; | b7E -3 |
| Sent: | July 22, 2021 11:51 AM (UTC-04:00) | |

Classification: UNCLASSIFIED//LES

════════════════════════════════════════════════════════════════

(U) LAW ENFORCEMENT SENSITIVE: The information marked (U//LES) in this document is the property of FBI and may be distributed within the Federal Government (and its contractors), US intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond these entities without FBI authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website or an unclassified network.

[large redacted block — b5 -1, b7E -3]

| From: | [redacted] (CID) (FBI) [redacted] | b6 -1 |
|---|---|---|
| Sent: | Thursday, July 22, 2021 11:45 AM | b7C -1 |
| To: | Palmer, Steven G. (OTD) (FBI) [redacted] (OTD) (FBI) | b7E -1 |
| | [redacted] (OTD) (FBI) | b7E -1,3 |
| Subject: | FW: FULL STOP on potential [redacted] use --- UNCLASSIFIED//LES | |

Classification: UNCLASSIFIED//LES

════════════════════════════════════════════════════════════════

(U) LAW ENFORCEMENT SENSITIVE: The information marked (U//LES) in this document is the property of FBI and may be distributed within the Federal Government (and its contractors), US intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond these entities without FBI authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website or an unclassified network.

I'm sure you guys saw this as well, but wanted to make sure.

| From: Shivers, Calvin A. (CID) (FBI) [redacted] | b6 -1 |
|---|---|
| Sent: Thursday, July 22, 2021 11:41 AM | b7C -1 |
| To [redacted] (CID) (FBI [redacted] (CID) (FBI) | b7E -1,3 |
| Cc [redacted] (PG) (FBI) [redacted] (CID) (FBI) | |
| [redacted] | |
| Subject: FW: FULL STOP on potential [redacted] use --- UNCLASSIFIED//LES | |

Classification: UNCLASSIFIED//~~LES~~

==================================================================

(U) LAW ENFORCEMENT SENSITIVE: The information marked (U//LES) in this document is the property of FBI and may be distributed within the Federal Government (and its contractors), US intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond these entities without FBI authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website or an unclassified network.

**b5 -1**
**b7E -3**

Calvin A. Shivers
Assistant Director
Criminal Investigative Division
_____ (Office)
_____ (Mobile)

**b7E -1**

**From:** Jones, Darrin E. (STB) (FBI) _____
**Sent:** Thursday, July 22, 2021 11:24 AM
**To:** Brown, James Robert Jr. (OTD) (FBI) _____ Kohler, Alan E. Jr. (CD) (FBI)
_____ Turner, Brian C. (CCRSB) (FBI) _____
**Cc:** Langan, Timothy R. Jr. (CTD) (FBI) _____ Vorndran, Bryan J. (CyD) (FBI)
_____ Shivers, Calvin A. (CID) (FBI) _____ (OGC)
(FBI) _____ McNally, Richard (OGC) (FBI) _____ Gabriel, Kacey D. (OTD)
(FBI) _____
**Subject:** FULL STOP on potential _____ use --- UNCLASSIFIED//~~LES~~

**b6 -1**
**b7C -1**
**b7E -1,3**

Classification: UNCLASSIFIED//~~LES~~

==================================================================

(U) LAW ENFORCEMENT SENSITIVE: The information marked (U//LES) in this document is the property of FBI and may be distributed within the Federal Government (and its contractors), US intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond these entities without FBI authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website or an unclassified network.

All, after a conversation with the DD last night, EAD Turner and I have agreed to cease all efforts regarding the potential use of _____ We may, after further discussion with the DD, _____

**b5 -1**
**b7E -3**

Regards,

Darrin

Darrin E. Jones
Executive Assistant Director
Science and Technology Branch

**From:** Brown, James Robert Jr. (OTD) (FBI) _____
**Sent:** Tuesday, July 20, 2021 1:39 PM

**b7E -1**

**To:** Kohler, Alan E. Jr. (CD) (FBI) [          ]          Turner, Brian C. (CCRSB) (FBI)
Jones, Darrin E. (STB) (FBI)                                                            b6 −1
**Cc:** LANGAN JR, TIMOTHY R. (CTD) (FBI)          Vorndran, Bryan A. (CyD) (FBI)        b7C −1
          Shivers, Calvin A. (CID) (FBI)                                    (OGC)        b7E −1
(FBI)                          McNally, Richard (OGC) (FBI)          Gabriel, Kacey D. (OTD)
(FBI) [                    ]
**Subject:** NSO updates --- UNCLASSIFIED//~~LES~~

Classification: UNCLASSIFIED//~~LES~~
================================================================

~~(U) LAW ENFORCEMENT SENSITIVE: The information marked (U//LES) in this document is the property of FBI and may be distributed within the federal Government (and its contractors), US intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond these entities without FBI authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website or an unclassified network.~~

Sir(s)

As a follow up to this morning's meeting with the DD, the recent news on NSO and [        ] and the meeting two weeks    b5 −1
ago [                                                    ]                                                             b7E −3

Robert

*Robert Brown*
Assistant Director
Operational Technology Division
Unclass [          ] (C)                                                                                              b7E −1


================================================================
Classification: UNCLASSIFIED//~~LES~~

================================================================
Classification: UNCLASSIFIED//~~LES~~

================================================================
Classification: UNCLASSIFIED//~~LES~~

================================================================
Classification: UNCLASSIFIED//~~LES~~

================================================================
Classification: UNCLASSIFIED//~~LES~~

**From:**                                                          b6 -1
**Subject:**    RE: FULL STOP on potential ☐☐ use --- UNCLASSIFIED//LES    b7C -1
**To:**         Richard McNally                                     b7E -3
**Sent:**       July 22, 2021 12:04 PM (UTC-04:00)

Classification: UNCLASSIFIED//LES
▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄

(U) LAW ENFORCEMENT SENSITIVE: The information marked (U//LES) in this document is the property of FBI and may
be distributed within the Federal Government (and its contractors), US intelligence, law enforcement, public safety or
protection officials and individuals with a need to know. Distribution beyond these entities without FBI authorization is
prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that
precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first
receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the
information marked LES on a website or an unclassified network.

                                                                    b5 -1
                                                                    b6 -1
                                                                    b7C -1
                                                                    b7E -3

**From:** McNally, Richard (OGC) (FBI) ☐
**Sent:** Thursday, July 22, 2021 11:44 AM
**To:** ☐ (OGC) (FBI) ☐ (OGC) (FBI)          b6 -1
☐                                             b7C -1
**Subject:** FW: FULL STOP on potentia☐ use --- UNCLASSIFIED//LES    b7E -1,3

Classification: UNCLASSIFIED//LES
▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄

(U) LAW ENFORCEMENT SENSITIVE: The information marked (U//LES) in this document is the property of FBI and may
be distributed within the Federal Government (and its contractors), US intelligence, law enforcement, public safety or
protection officials and individuals with a need to know. Distribution beyond these entities without FBI authorization is
prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that
precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first
receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the
information marked LES on a website or an unclassified network.

NOT FOR FURTHER DISSEMINATION

**From:** Jones, Darrin E. (STB) (FBI) ☐
**Sent:** Thursday, July 22, 2021 11:24 AM               b6 -1
**To:** Brown, James Robert Jr. (OTD) (FBI) ☐    Kohler, Alan E. Jr. (CD) (FBI)   b7C -1
☐ Turner, Brian C. (CCRSB) (FBI)                         b7E -1,3
**Cc:** Langan, Timothy R. Jr. (CTD) (FBI) ☐    Vorndran, Bryan A. (CyD) (FBI)
☐ Shivers, Calvin A. (CID) (FBI) ☐          ☐ (OGC)
☐ (FBI) ☐    McNally, Richard (OGC) (FBI) ☐    Gabriel, Kacey D. (OTD)
☐ (FBI) ☐
**Subject:** FULL STOP on potentia☐ use --- UNCLASSIFIED//LES

Classification: UNCLASSIFIED//LES
▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄

(U) LAW ENFORCEMENT SENSITIVE: The information marked (U//LES) in this document is the property of FBI and may

be distributed within the Federal Government (and its contractors), US intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond these entities without FBI authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website or an unclassified network.

All, after a conversation with the DD last night, EAD Turner and have agreed to cease all efforts regarding the potential use of [                                        ] We may, after further discussion with the    **b5 –1**
DD, [                                        ]    **b7E –3**

Regards,

Darrin

Darrin E. Jones
Executive Assistant Director
Science and Technology Branch

**From:** Brown, James Robert Jr. (OTD) (FBI) [                    ]    **b6 –1**
**Sent:** Tuesday, July 20, 2021 1:39 PM    **b7C –1**
**To:** Kohler, Alan E. Jr. (CD) (FBI) [              ]  Turner, Brian C. (CCRSB) (FBI) [          ]    **b7E –1**
Jones, Darrin E. (STB) (FBI) [              ]
**Cc:** LANGAN JR, TIMOTHY R. (CTD) (FBI) [          ]  Vorndran, Bryan A. (CyD) (FBI) [          ]
[              ]  Shivers, Calvin A. (CID) (FBI) [              ]                    (OGC)
(FBI) [              ]; McNally, Richard (OGC) (FBI) [              ]  Gabriel, Kacey D. (OTD)
(FBI) [          ]
**Subject:** NSO updates --- UNCLASSIFIED//LES

Classification: UNCLASSIFIED//LES
=========================================================

(U//LAW ENFORCEMENT SENSITIVE: The information marked (U//LES) in this document is the property of FBI and may be distributed within the Federal Government (and its contractors), US intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond these entities without FBI authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website or an unclassified network.

Sir(s)    **b5 –1**
    **b7E –1,3**

As a follow up to this morning's meeting with the DD, the recent news on NSO and [      ] and the meeting two weeks ago [                                        ]

[                                                                    ]

Robert

*Robert Brown*
Assistant Director

Operational Technology Division
Unclass

C)

b7E -1

======================================================================
Classification: UNCLASSIFIED/~~LES~~

======================================================================
Classification: UNCLASSIFIED/~~LES~~

======================================================================
Classification: UNCLASSIFIED/~~LES~~

======================================================================
Classification: UNCLASSIFIED/~~LES~~

**From:** [ ]

**Subject:** FW: FULL STOP on potential [ ] use --- UNCLASSIFIED//~~LES~~

**To:** R. Joseph Rothrock

**Sent:** July 22, 2021 12:10 PM (UTC-04:00)

b6 -1
b7C -1
b7E -3

Classification: UNCLASSIFIED//~~LES~~

========================================================

(U) LAW ENFORCEMENT SENSITIVE: The information marked (U//~~LES~~) in this document is the property of FBI and may be distributed within the Federal Government (and its contractors), US intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond these entities without FBI authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website or an unclassified network.

**From:** Shivers, Calvin A. (CID) (FBI) [ ]

**Sent:** Thursday, July 22, 2021 11:41 AM

**To:** [ ] (CID) (FBI) [ ]                          (CID) (FBI) [ ]

**Cc:** [ ] (PG) (FBI) [ ]                          (CID) (FBI) [ ]

[ ]

**Subject:** FW: FULL STOP on potential [ ] use --- UNCLASSIFIED//~~LES~~

b6 -1
b7C -1
b7E -1,3

Classification: UNCLASSIFIED//~~LES~~

========================================================

(U) LAW ENFORCEMENT SENSITIVE: The information marked (U//~~LES~~) in this document is the property of FBI and may be distributed within the Federal Government (and its contractors), US intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond these entities without FBI authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website or an unclassified network.

[ ]

b5 -1
b7E -3

Calvin A. Shivers

Assistant Director

Criminal Investigative Division

[ ] (Office)
[ ] (Mobile)

b7E -1

**From:** Jones, Darrin E. (STB) (FBI) [ ]

**Sent:** Thursday, July 22, 2021 11:24 AM

**To:** Brown, James Robert Jr. (OTD) (FBI) [ ]          Kohler, Alan E. Jr. (CD) (FBI)

[ ]          Turner, Brian C. (CCRSB) (FBI) [ ]

**Cc:** Langan, Timothy R. Jr. (CTD) (FBI) [ ]          Vorndran, Bryan A. (CyD) (FBI) [ ]

[ ]          Shivers, Calvin A. (CID) (FBI) [ ]                          (OGC)

[ ] McNally, Richard (OGC) (FBI) [ ]          Gabriel, Kacey D. (OTD)

(FBI) [ ]

**Subject:** FULL STOP on potential [ ] use --- UNCLASSIFIED//~~LES~~

b6 -1
b7C -1
b7E -1,3

Classification: UNCLASSIFIED//~~LES~~
==================================================================

(U) LAW ENFORCEMENT SENSITIVE: The information marked (U//LES) in this document is the property of FBI and may be distributed within the Federal Government (and its contractors), US intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond these entities without FBI authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website or an unclassified network.

All, after a conversation with the DD last night, EAD Turner and have agreed to cease all efforts regarding the potential use of ⬛ We may, after further discussion with the DD, ⬛                                       b5 -1
b7E -3

Regards,

Darrin

Darrin E. Jones
Executive Assistant Director
Science and Technology Branch

**From:** Brown, James Robert Jr. (OTD) (FBI) ⬛
**Sent:** Tuesday, July 20, 2021 1:39 PM
**To:** Kohler, Alan E. Jr. (CD) (FBI ⬛  Turner, Brian C. (CCRSB) (FBI) ⬛
Jones, Darrin E. (STB) (FBI) ⬛
**Cc:** LANGAN JR, TIMOTHY R. (CTD) (FBI) ⬛  Vorndran, Bryan A. (CyD) (FBI) ⬛
⬛  Shivers, Calvin A. (CID) (FBI) ⬛          (OGC)
(FBI) ⬛          McNally, Richard (OGC) (FBI) ⬛  Gabriel, Kacey D. (OTD)
**Subject:** NSO updates --- UNCLASSIFIED//~~LES~~

b6 -1
b7C -1
b7E -1

Classification: UNCLASSIFIED//~~LES~~
==================================================================

(U) LAW ENFORCEMENT SENSITIVE: The information marked (U//LES) in this document is the property of FBI and may be distributed within the Federal Government (and its contractors), US intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond these entities without FBI authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website or an unclassified network.

Sir(s)

As a follow up to this morning's meeting with the DD, the recent news on NSO and ⬛ and the meeting two weeks ago ⬛                                       b5 -1
b7E -3

Robert

*Robert Brown*
Assistant Director
Operational Technology Division
Unclass

b7E -1

{C}

```
======================================================================
```
Classification: UNCLASSIFIED//~~LES~~

```
======================================================================
```
Classification: UNCLASSIFIED//~~LES~~

```
======================================================================
```
Classification: UNCLASSIFIED//~~LES~~

```
======================================================================
```
Classification: UNCLASSIFIED//~~LES~~

**From:**   Alan Kohler
**Subject:**   FW: FULL STOP on potential ▇▇▇ use --- UNCLASSIFIED//~~LES~~          b6 -1
**To:**                                                                       b7C -1
**Sent:**   July 22, 2021 12:12 PM (UTC-04:00)                                 b7E -3

Classification: UNCLASSIFIED//~~LES~~
================================================================

~~(U) LAW ENFORCEMENT SENSITIVE: The information marked (U//LES) in this document is the property of FBI and may be distributed within the Federal Government (and its contractors), US intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond these entities without FBI authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website or an unclassified network.~~

FYSA

**From:** Jones, Darrin E. (STB) (FBI) ▇▇▇▇▇▇▇▇                              b6 -1
**Sent:** Thursday, July 22, 2021 11:24 AM                                   b7C -1
**To:** Brown, James Robert Jr. (OTD) (FBI) ▇▇▇▇▇   Kohler, Alan E. Jr. (CD) (FBI)   b7E -1,3
▇▇▇▇▇▇▇   Turner, Brian C. (CCRSB) (FBI) ▇▇▇▇▇
**Cc:** Langan, Timothy R. Jr. (CTD) (FBI) ▇▇▇▇▇   Vorndran, Bryan A. (CyD) (FBI)
▇▇▇▇▇   Shivers, Calvin A. (CID) (FBI) ▇▇▇▇▇▇▇▇▇▇▇▇ (OGC)
(FBI) ▇▇▇▇▇   McNally, Richard (OGC) (FBI) ▇▇▇▇▇▇▇   Gabriel, Kacey D. (OTD)
(FBI) ▇▇▇▇▇
**Subject:** FULL STOP on potential ▇▇▇ use --- UNCLASSIFIED//~~LES~~

Classification: UNCLASSIFIED//~~LES~~
================================================================

(U) LAW ENFORCEMENT SENSITIVE: The information marked (U//LES) in this document is the property of FBI and may be distributed within the Federal Government (and its contractors), US intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond these entities without FBI authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website or an unclassified network.

All, after a conversation with the DD last night, EAD Turner and have agreed to cease all efforts regarding the potential   b5 -1
use of ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ We may, after further discussion with the   b7E -3
DD ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Regards,

Darrin

Darrin E. Jones
Executive Assistant Director
Science and Technology Branch

**From:** Brown, James Robert Jr. (OTD) (FBI) ▇▇▇▇▇▇▇▇                       b7E -1
**Sent:** Tuesday, July 20, 2021 1:39 PM
**To:** Kohler, Alan E. Jr. (CD) (FBI) ▇▇▇▇▇   Turner, Brian C. (CCRSB) (FBI) ▇▇▇▇▇

FBI: 22-cv-1539-770

Jones, Darrin E. (STB) (FBI)                                                              b6 −1
**Cc:** LANGAN JR, TIMOTHY R. (CTD) (FBI)              Vorndran, Bryan A. (CyD) (FBI)       b7C −1
                      Shivers, Calvin A. (CID) (FBI)                            (OGC)       b7E −1
(FBI)                          McNally, Richard (OGC) (FBI)                   Gabriel, Kacey D. (OTD)
(FBI)
**Subject:** NSO updates --- UNCLASSIFIED/~~LES~~

Classification: UNCLASSIFIED/~~LES~~
========================================================================

~~(U) LAW ENFORCEMENT SENSITIVE: The information marked (U//LES) in this document is the property of FBI and may~~
~~be distributed within the Federal Government (and its contractors), US intelligence, law enforcement, public safety or~~
~~protection officials and individuals with a need to know. Distribution beyond these entities without FBI authorization is~~
~~prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that~~
~~precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first~~
~~receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the~~
~~information marked LES on a website or an unclassified network.~~

Sir(s)

As a follow up to this morning's meeting with the DD, the recent news on NSO and          and the meeting two weeks    b5 −1
ago                                                                                        b7E −3

Robert

*Robert Brown*
Assistant Director
Operational Technology Division
Unclass                                                                                    b7E −1
              (C)

========================================================================
Classification: UNCLASSIFIED/~~LES~~

========================================================================
Classification: UNCLASSIFIED/~~LES~~

========================================================================
Classification: UNCLASSIFIED/~~LES~~

From:       Kacey Gabriel
Subject:    RE: FULL STOP on potential [     ] use --- UNCLASSIFIED//LES                    b6 -1
To:         Darrin Jones; James Brown; Alan Kohler; Brian Turner                           b7C -1
Cc:         Timothy Langan; Bryan Vorndran; Calvin Shivers; [          ] Richard McNally    b7E -3
Sent:       July 22, 2021 12:33 PM (UTC-04:00)

Classification: UNCLASSIFIED//LES
==========================================================================

(U) LAW ENFORCEMENT SENSITIVE: The information marked (U//LES) in this document is the property of FBI and may
be distributed within the Federal Government (and its contractors), US intelligence, law enforcement, public safety or
protection officials and individuals with a need to know. Distribution beyond these entities without FBI authorization is
prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that
precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first
receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the
information marked LES on a website or an unclassified network.

Understood.

From: Jones, Darrin E. (STB) (FBI) [          ]
Sent: Thursday, July 22, 2021 11:24 AM
To: Brown, James Robert Jr. (OTD) (FBI [          ]    Kohler, Alan E. Jr. (CD) (FBI)           b6 -1
[          ] Turner, Brian C. (CCRSB) (FBI) [          ]                                        b7C -1
Cc: Langan, Timothy R. Jr. (CTD) (FBI) [          ]    Vorndran, Bryan A. (CyD) (FBI)           b7E -1,3
[          ] Shivers, Calvin A. (CID) (FBI) [          ]                            (OGC)
(FBI) [          ]        McNally, Richard (OGC) (FBI) [          ]    Gabriel, Kacey D. (OTD)
(FBI) [          ]
Subject: FULL STOP on potential [     ] use --- UNCLASSIFIED//LES

Classification: UNCLASSIFIED//LES
==========================================================================

(U) LAW ENFORCEMENT SENSITIVE: The information marked (U//LES) in this document is the property of FBI and may
be distributed within the Federal Government (and its contractors), US intelligence, law enforcement, public safety or
protection officials and individuals with a need to know. Distribution beyond these entities without FBI authorization is
prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that
precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first
receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the
information marked LES on a website or an unclassified network.

All, after a conversation with the DD last night, EAD Turner and have agreed to cease all efforts regarding the potential    b5 -1
use of [                                                          ] We may, after further discussion with the    b7E -3
DD, [                                                          ]

Regards,

Darrin

Darrin E. Jones
Executive Assistant Director
Science and Technology Branch

From: Brown, James Robert Jr. (OTD) (FBI) [          ]                                          b7E -1
Sent: Tuesday, July 20, 2021 1:39 PM

**To:** Kohler, Alan E. Jr. (CD) (FBI) [redacted] Turner, Brian C. (CCRSB) (FBI) [redacted]   **b6 –1**
Jones, Darrin E. (STB) (FBI) [redacted]   **b7C –1**
**Cc:** LANGAN JR, TIMOTHY R. (CTD) (FBI) [redacted] Vorndran, Bryan A. (CyD) (FBI)   **b7E –1**
[redacted] Shivers, Calvin A. (CID) (FBI) [redacted] (OGC)
(FBI) [redacted] McNally, Richard (OGC) (FBI) [redacted] Gabriel, Kacey D. (OTD)
(FBI) [redacted]
**Subject:** NSO updates --- UNCLASSIFIED//~~LES~~

Classification: UNCLASSIFIED//~~LES~~

==================================================================================

(U) LAW ENFORCEMENT SENSITIVE: The information marked (U//LES) in this document is the property of FBI and may be distributed within the Federal Government (and its contractors), US intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond these entities without FBI authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website or an unclassified network.

Sir(s)

As a follow up to this morning's meeting with the DD, the recent news on NSO and [redacted] and the meeting two weeks   **b5 –1**
ago [redacted]   **b7E –3**

[large redacted box]

Robert

*Robert Brown*
Assistant Director
Operational Technology Division
Unclass [redacted] (C)   **b7E –1**

==================================================================================

Classification: UNCLASSIFIED//~~LES~~

==================================================================================

Classification: UNCLASSIFIED//~~LES~~

==================================================================================

Classification: UNCLASSIFIED//~~LES~~

From:     Richard McNally
Subject:  RE: FULL STOP on potential [ ] use --- UNCLASSIFIED//LES
To:
Sent:     July 22, 2021 12:52 PM (UTC-04:00)

b6 -1
b7C -1
b7E -3

Classification: UNCLASSIFIED//LES
================================================

(U) LAW ENFORCEMENT SENSITIVE: The information marked (U//LES) in this document is the property of FBI and may be distributed within the Federal Government (and its contractors), US intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond these entities without FBI authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website or an unclassified network.

b5 -1
b7E -3

From: [ ] (OGC) (FBI)
Sent: Thursday, July 22, 2021 12:04 PM
To: McNally, Richard (OGC) (FBI) [ ] (OGC) (FBI) [ ]
Subject: RE: FULL STOP on potential [ ] use --- UNCLASSIFIED//LES

b6 -1
b7C -1
b7E -1,3

Classification: UNCLASSIFIED//LES
================================================

(U) LAW ENFORCEMENT SENSITIVE: The information marked (U//LES) in this document is the property of FBI and may be distributed within the Federal Government (and its contractors), US intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond these entities without FBI authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website or an unclassified network.

b5 -1
b6 -1
b7C -1
b7E -3

From: McNally, Richard (OGC) (FBI) [ ]
Sent: Thursday, July 22, 2021 11:44 AM
To: [ ] (OGC) (FBI) [ ] (OGC) (FBI)
Subject: FW: FULL STOP on potential [ ] use --- UNCLASSIFIED//LES

b6 -1
b7C -1
b7E -1,3

Classification: UNCLASSIFIED//LES
================================================

(U) LAW ENFORCEMENT SENSITIVE: The information marked (U//LES) in this document is the property of FBI and may be distributed within the Federal Government (and its contractors), US intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond these entities without FBI authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the

information marked LES on a website or an unclassified network.

NOT FOR FURTHER DISSEMINATION

**From:** Jones, Darrin E. (STB) (FBI)
**Sent:** Thursday, July 22, 2021 11:24 AM
**To:** Brown, James Robert Jr. (OTD) (FBI)                    Kohler, Alan E. Jr. (CD) (FBI)
                          Turner, Brian C. (CCRSB) (FBI)
**Cc:** Langan, Timothy R. Jr. (CTD) (FBI)                    Vorndran, Bryan A. (CyD) (FBI)                    (OGC)
                          Shivers, Calvin A. (CID) (FBI)
(FBI)                    McNally, Richard (OGC) (FBI)                    Gabriel, Kacey D. (OTD)
(FBI)
**Subject:** FULL STOP on potential        use --- UNCLASSIFIED//LES

b6 -1
b7C -1
b7E -1,3

Classification: UNCLASSIFIED//LES
════════════════════════════════════════════════════

(U) LAW ENFORCEMENT SENSITIVE: The information marked (U//LES) in this document is the property of FBI and may be distributed within the Federal Government (and its contractors), US intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond these entities without FBI authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website or an unclassified network.

All, after a conversation with the DD last night, EAD Turner and have agreed to cease all efforts regarding the potential use of                                        We may, after further discussion with the DD,

b5 -1
b7E -3

Regards,

Darrin

Darrin E. Jones
Executive Assistant Director
Science and Technology Branch

**From:** Brown, James Robert Jr. (OTD) (FBI)
**Sent:** Tuesday, July 20, 2021 1:39 PM
**To:** Kohler, Alan E. Jr. (CD) (FBI)                    Turner, Brian C. (CCRSB) (FBI)
Jones, Darrin E. (STB) (FBI)
**Cc:** LANGAN JR, TIMOTHY R. (CTD) (FBI)                    Vorndran, Bryan A. (CyD) (FBI)
                          Shivers, Calvin A. (CID) (FBI)                    (OGC)
(FBI)                    McNally, Richard (OGC) (FBI)                    Gabriel, Kacey D. (OTD)
(FBI)
**Subject:** NSO updates --- UNCLASSIFIED//LES

b6 -1
b7C -1
b7E -1

Classification: UNCLASSIFIED//LES
════════════════════════════════════════════════════

(U) LAW ENFORCEMENT SENSITIVE: The information marked (U//LES) in this document is the property of FBI and may be distributed within the Federal Government (and its contractors), US intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond these entities without FBI authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that

~~precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website or an unclassified network.~~

Sir(s)

As a follow up to this morning's meeting with the DD, the recent news on NSO and [        ] and the meeting two weeks ago.                          **b5  -1**
                                                                        **b7E -3**

Robert

*Robert Brown*
Assistant Director
Operational Technology Division
Unclass [                    ]                                           **b7E -1**
[              ] (C)

```
===========================================================================================
Classification: UNCLASSIFIED//~~LES~~
```

```
===========================================================================================
Classification: UNCLASSIFIED//~~LES~~
```

```
===========================================================================================
Classification: UNCLASSIFIED//~~LES~~
```

```
===========================================================================================
Classification: UNCLASSIFIED//~~LES~~
```

```
===========================================================================================
Classification: UNCLASSIFIED//~~LES~~
```

FBI: 22-cv-1539-776

**From:** Bryan Vorndran
**Subject:** FULL STOP on potential ▢▢▢▢ use --- UNCLASSIFIED//~~LES~~
**To:** Tonya Ugoretz; ▢▢▢▢ Philip Frigm
**Sent:** July 22, 2021 12:53 PM (UTC-04:00)

b6 -1
b7C -1
b7E -3

Classification: UNCLASSIFIED/~~LES~~
═══════════════════════════════════════════════════════════════

(U) ~~LAW ENFORCEMENT SENSITIVE: The information marked (U//LES) in this document is the property of FBI and may be distributed within the Federal Government (and its contractors), US intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond these entities without FBI authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website or an unclassified network.~~

Please review the below re use of ▢▢▢▢▢

b7E -3

**From:** Jones, Darrin E. (STB) (FBI) ▢▢▢▢▢
**Sent:** Thursday, July 22, 2021 11:24 AM
**To:** Brown, James Robert Jr. (OTD) (FBI) ▢▢▢▢▢ Kohler, Alan E. Jr. (CD) (FBI)
▢▢▢▢▢ Turner, Brian C. (CCRSB) (FBI) ▢▢▢▢▢
**Cc:** Langan, Timothy R. Jr. (CTD) (FBI) ▢▢▢▢▢ Vorndran, Bryan A. (CyD) (FBI)
▢▢▢▢▢ Shivers, Calvin A. (CID) (FBI) ▢▢▢▢▢ (OGC)
(FBI) ▢▢▢▢▢ McNally, Richard (OGC) (FBI) ▢▢▢▢▢ Gabriel, Kacey D. (OTD)
(FBI) ▢▢▢▢▢
**Subject:** FULL STOP on potential ▢▢▢▢ use --- UNCLASSIFIED//~~LES~~

b6 -1
b7C -1
b7E -1,3

Classification: UNCLASSIFIED/~~LES~~
═══════════════════════════════════════════════════════════════

(U) ~~LAW ENFORCEMENT SENSITIVE: The information marked (U//LES) in this document is the property of FBI and may be distributed within the Federal Government (and its contractors), US intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond these entities without FBI authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website or an unclassified network.~~

All, after a conversation with the DD last night, EAD Turner and have agreed to cease all efforts regarding the potential use of ▢▢▢▢▢ We may, after further discussion with the DD ▢▢▢▢▢

b5 -1
b7E -3

Regards,

Darrin

Darrin E. Jones
Executive Assistant Director
Science and Technology Branch

**From:** Brown, James Robert Jr. (OTD) (FBI)                                            **b6  -1**
**Sent:** Tuesday, July 20, 2021 1:39 PM                                                  **b7C -1**
**To:** Kohler, Alan E. Jr. (CD) (FBI)              Turner, Brian C. (CCRSB) (FBI)        **b7E -1**
Jones, Darrin E. (STB) (FBI)
**Cc:** LANGAN JR, TIMOTHY R. (CTD) (FBI)              Vorndran, Bryan A. (CyD) (FBI)
                    Shivers, Calvin A. (CID) (FBI)                          (OGC)
(FBI)                      McNally, Richard (OGC) (FBI)              Gabriel, Kacey D. (OTD)
(FBI)
**Subject:** NSO updates --- UNCLASSIFIED//~~LES~~

Classification: UNCLASSIFIED//~~LES~~

(U) ~~LAW ENFORCEMENT SENSITIVE: The information marked (U//LES) in this document is the property of FBI and may
be distributed within the Federal Government (and its contractors), US intelligence, law enforcement, public safety or
protection officials and individuals with a need to know. Distribution beyond these entities without FBI authorization is
prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that
precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first
receiving authorization from the originating agency.~~ Recipients are prohibited from subsequently posting the
information marked LES on a website or an unclassified network.

Sir(s)

As a follow up to this morning's meeting with the DD, the recent news on NSO and          nd the meeting two weeks   **b5  -1**
ago                                                                                                                **b7E -3**

Robert

*Robert Brown*
Assistant Director
Operational Technology Division
Unclass:                                                                                                            **b7E -1**
            (C)

Classification: UNCLASSIFIED//~~LES~~

Classification: UNCLASSIFIED//~~LES~~

Classification: UNCLASSIFIED//~~LES~~

**From:** Steven Palmer
**Subject:** RE: FULL STOP on potential ▭ use --- UNCLASSIFIED//LES
**To:**
**Sent:** July 22, 2021 1:58 PM (UTC-04:00)

b6 -1
b7C -1
b7E -3

Classification: UNCLASSIFIED//LES

========================================================================

(U) LAW ENFORCEMENT SENSITIVE: The information marked (U//LES) in this document is the property of FBI and may be distributed within the Federal Government (and its contractors), US intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond these entities without FBI authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website or an unclassified network.

b5 -1
b7E -3

Steve

**From:** ▭ (OTD) (FBI) ▭
**Sent:** Thursday, July 22, 2021 11:51 AM
**To:** Palmer, Steven G. (OTD) (FBI) ▭ (OTD) (FBI) ▭
**Subject:** FW: FULL STOP on potential ▭ use --- UNCLASSIFIED//LES

b6 -1
b7C -1
b7E -1,3

Classification: UNCLASSIFIED//LES

========================================================================

(U) LAW ENFORCEMENT SENSITIVE: The information marked (U//LES) in this document is the property of FBI and may be distributed within the Federal Government (and its contractors), US intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond these entities without FBI authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website or an unclassified network.

b5 -1
b7E -3

**From:** ▭ (CID) (FBI) ▭

b6 -1
b7C -1
b7E -1

**Sent:** Thursday, July 22, 2021 11:45 AM
**To:** Palmer, Steven G. (OTD) (FBI) ⬜ (OTD) (FBI)
⬜ (OTD) (FBI) ⬜

**Subject:** FW: FULL STOP on potential ⬜ use --- UNCLASSIFIED//~~LES~~

b6 -1
b7C -1
b7E -1,3

Classification: UNCLASSIFIED//~~LES~~
================================================================

(U) LAW ENFORCEMENT SENSITIVE: The information marked (U//LES) in this document is the property of FBI and may be distributed within the Federal Government (and its contractors), US intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond those entities without FBI authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website or an unclassified network.

I'm sure you guys saw this as well, but wanted to make sure.

**From:** Shivers, Calvin A. (CID) (FBI) ⬜
**Sent:** Thursday, July 22, 2021 11:41 AM
**To:** ⬜ (CID) (FBI) ⬜ (CID) (FBI)
**Cc:** ⬜ (PG) (FBI) ⬜ (CID) (FBI)
⬜
**Subject:** FW: FULL STOP on potential ⬜ use --- UNCLASSIFIED//~~LES~~

b6 -1
b7C -1
b7E -1,3

Classification: UNCLASSIFIED//~~LES~~
================================================================

(U) LAW ENFORCEMENT SENSITIVE: The information marked (U//LES) in this document is the property of FBI and may be distributed within the Federal Government (and its contractors), US intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond those entities without FBI authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website or an unclassified network.

⬜

b5 -1
b7E -3

Calvin A. Shivers
Assistant Director
Criminal Investigative Division
⬜ (Office)
⬜ (Mobile)

b7E -1

**From:** Jones, Darrin E. (STB) (FBI ⬜
**Sent:** Thursday, July 22, 2021 11:24 AM
**To:** Brown, James Robert Jr. (OTD) (FBI ⬜    Kohler, Alan E. Jr. (CD) (FBI)
Turner, Brian C. (CCRSB) (FBI ⬜
**Cc:** Langan, Timothy R. Jr. (CTD) (FBI) ⬜    Vorndran, Bryan A. (CyD) (FBI)
⬜ Shivers, Calvin A. (CID) (FBI) ⬜ (OGC)
(FBI) ⬜    McNally, Richard (OGC) (FBI) ⬜ Gabriel, Kacey D. (OTD)
(FBI) ⬜
**Subject:** FULL STOP on potential ⬜ use --- UNCLASSIFIED//~~LES~~

b6 -1
b7C -1
b7E -1,3

Classification: UNCLASSIFIED/~~LES~~
====================================================================

(U) LAW ENFORCEMENT SENSITIVE: The information marked (U//LES) in this document is the property of FBI and may be distributed within the Federal Government (and its contractors), US intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond these entities without FBI authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website or an unclassified network.

All, after a conversation with the DD last night, EAD Turner and have agreed to cease all efforts regarding the potential use of [                                                    ] We may, after further discussion with the     b5  –1
DD [                                                    ]                                                      b7E –3

Regards,

Darrin

Darrin E. Jones
Executive Assistant Director
Science and Technology Branch

**From:** Brown, James Robert Jr. (OTD) (FBI) [                    ]
**Sent:** Tuesday, July 20, 2021 1:39 PM
**To:** Kohler, Alan E. Jr. (CD) (FBI) [                    ] Turner, Brian C. (CCRSB) (FBI) [          ]     b6  –1
Jones, Darrin E. (STB) (FBI) [                    ]                                                            b7C –1
**Cc:** LANGAN JR, TIMOTHY R. (CTD) (FBI) [          ] Vorndran, Bryan A. (CyD) (FBI)                        b7E –1
[                    ] Shivers, Calvin A. (CID) (FBI) [                              ] (OGC)
(FBI) [              ], McNally, Richard (OGC) (FBI) [                    ] Gabriel, Kacey D. (OTD)
(FBI) [          ]
**Subject:** NSO updates --- UNCLASSIFIED/~~LES~~

Classification: UNCLASSIFIED/~~LES~~
====================================================================

(U) LAW ENFORCEMENT SENSITIVE: The information marked (U//LES) in this document is the property of FBI and may be distributed within the Federal Government (and its contractors), US intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond these entities without FBI authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website or an unclassified network.

Sir(s)

As a follow up to this morning's meeting with the DD, the recent news on NSO and [          ] and the meeting two weeks     b5  –1
ago [                                                                                                    ]         b7E –3

Robert

*Robert Brown*
Assistant Director
Operational Technology Division
Unclass: [        ]
[        ] (C)

**b7E -1**

```
================================================================
Classification: UNCLASSIFIED//~LES~

================================================================
Classification: UNCLASSIFIED//~LES~

================================================================
Classification: UNCLASSIFIED//~LES~

================================================================
Classification: UNCLASSIFIED//~LES~

================================================================
Classification: UNCLASSIFIED//~LES~

================================================================
Classification: UNCLASSIFIED//~LES~
```

**From:**   James Brown
**Subject:**   RE: FULL STOP on potential ⬚⬚⬚⬚ use --- UNCLASSIFIED//LES                          b6 -1
**To:**   Darrin Jones; Alan Kohler; Brian Turner                                                b7C -1
**Cc:**   Timothy Langan; Bryan Vorndran; Calvin Shivers;⬚⬚⬚⬚⬚ Richard McNally; Kacey Gabriel     b7E -3
**Sent:**   July 23, 2021 5:14 PM (UTC-04:00)

Classification: UNCLASSIFIED//LES
=======================================================================

(U) LAW ENFORCEMENT SENSITIVE: The information marked (U//LES) in this document is the property of FBI and may be distributed within the Federal Government (and its contractors), US intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond these entities without FBI authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website or an unclassified network.

⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚                    b5 -1
⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚                    b7E -3

**From:** Jones, Darrin E. (STB) (FBI)⬚⬚⬚⬚⬚⬚⬚⬚⬚
**Sent:** Thursday, July 22, 2021 11:24 AM
**To:** Brown, James Robert Jr. (OTD) (FBI)⬚⬚⬚⬚⬚⬚⬚ Kohler, Alan E. Jr. (CD) (FBI)              b6 -1
⬚⬚⬚⬚⬚⬚⬚⬚⬚ Turner, Brian C. (CCRSB) (FBI)⬚⬚⬚⬚⬚                                              b7C -1
**Cc:** Langan, Timothy R. Jr. (CTD) (FBI)⬚⬚⬚⬚⬚⬚⬚ Vorndran, Bryan A. (CyD) (FBI)⬚⬚⬚⬚⬚⬚⬚         b7E -1,3
⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚ Shivers, Calvin A. (CID) (FBI)⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚ (OGC)
(FBI)⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚ McNally, Richard (OGC) (FBI)⬚⬚⬚⬚⬚⬚⬚⬚⬚ Gabriel, Kacey D. (OTD)
(FBI)⬚⬚⬚⬚⬚⬚⬚⬚⬚
**Subject:** FULL STOP on potential ⬚⬚⬚⬚ use --- UNCLASSIFIED//LES

Classification: UNCLASSIFIED//LES
=======================================================================

(U) LAW ENFORCEMENT SENSITIVE: The information marked (U//LES) in this document is the property of FBI and may be distributed within the Federal Government (and its contractors), US intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond these entities without FBI authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website or an unclassified network.

All, after a conversation with the DD last night, EAD Turner and have agreed to cease all efforts regarding the potential use of⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚ We may, after further discussion with the    b5 -1
DD.⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚                                              b7E -3

Regards,

Darrin

Darrin E. Jones
Executive Assistant Director
Science and Technology Branch

**From:** Brown, James Robert Jr. (OTD) {FBI}
**Sent:** Tuesday, July 20, 2021 1:39 PM
**To:** Kohler, Alan E. Jr. (CD) {FBI}                    Turner, Brian C. (CCRSB) {FBI}                              **b6 −1**
Jones, Darrin E. {STB} {FBI}                                                                                         **b7C −1**
**Cc:** LANGAN JR, TIMOTHY R. (CTD) {FBI}                      Vorndran, Bryan A. (CyD) {FBI}                         **b7E −1**
                              Shivers, Calvin A. (CID) {FBI}                                            {OGC}
{FBI}                                    McNally, Richard (OGC) {FBI}                      Gabriel, Kacey D. (OTD)
{FBI}
**Subject:** NSO updates --- UNCLASSIFIED//~~LES~~

Classification: UNCLASSIFIED/~~LES~~
==================================================================

(U) LAW ENFORCEMENT SENSITIVE: The information marked (U//LES) in this document is the property of FBI and may be distributed within the Federal Government (and its contractors), US intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond these entities without FBI authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website or an unclassified network.

Sir(s)

As a follow up to this morning's meeting with the DD, the recent news on NSO and          and the meeting two weeks        **b5 −1**
ago                                                                                                                  **b7E −3**

Robert

*Robert Brown*
Assistant Director
Operational Technology Division
Unclass:                                                                                                             **b7E −1**
                   (C)

==================================================================
Classification: UNCLASSIFIED/~~LES~~

==================================================================
Classification: UNCLASSIFIED/~~LES~~

==================================================================
Classification: UNCLASSIFIED/~~LES~~

**From:** Darrin Jones
**Subject:** FULL STOP on potential [            ] use --- UNCLASSIFIED//~~LES~~                       b6 -1
**To:** James Brown; Alan Kohler; Brian Turner                                                          b7C -1
**Cc:** Timothy Langan; Bryan Vorndran; Shivers, Calvin A. \(CID\) \(FBI\); [            ] Richard McNally;   b7E -3
Kacey Gabriel
**Sent:** July 22, 2021 11:24 AM (UTC-04:00)

Classification: UNCLASSIFIED//~~LES~~
===================================================================

~~(U) LAW ENFORCEMENT SENSITIVE: The information marked (U//LES) in this document is the property of FBI and may
be distributed within the Federal Government (and its contractors), US intelligence, law enforcement, public safety or
protection officials and individuals with a need to know. Distribution beyond these entities without FBI authorization is
prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that
precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first
receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the
information marked LES on a website or an unclassified network.~~

~~All, after a conversation with the DD last night, EAD Turner and have agreed to cease all efforts regarding the potential~~   b5 -1
~~use of [                                                          ] We may, after further discussion with the~~            b7E -3
~~DD [                                                    ]~~

Regards,

Darrin

Darrin E. Jones
Executive Assistant Director
Science and Technology Branch

**From:** Brown, James Robert Jr. (OTD) (FBI) [            ]                                             b6 -1
**Sent:** Tuesday, July 20, 2021 1:39 PM                                                                b7C -1
**To:** Kohler, Alan E. Jr. (CD) (FBI) [            ] Turner, Brian C. (CCRSB) (FBI) [            ]       b7E -1
Jones, Darrin E. (STB) (FBI) [            ]
**Cc:** LANGAN JR, TIMOTHY R. (CTD) (FBI) [            ] Vorndran, Bryan A. (CyD) (FBI)
[            ] Shivers, Calvin A. (CID) (FBI) [                                    ] (OGC)
(FBI) [                    ] McNally, Richard (OGC) (FBI) [                    ] Gabriel, Kacey D. (OTD)
(FBI) [            ]
**Subject:** NSO updates --- UNCLASSIFIED//~~LES~~

Classification: UNCLASSIFIED//~~LES~~
===================================================================

~~(U) LAW ENFORCEMENT SENSITIVE: The information marked (U//LES) in this document is the property of FBI and may
be distributed within the Federal Government (and its contractors), US intelligence, law enforcement, public safety or
protection officials and individuals with a need to know. Distribution beyond these entities without FBI authorization is
prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that
precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first
receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the
information marked LES on a website or an unclassified network.~~

Sir(s)                                                                                                  b5 -1
                                                                                                        b7E -3
As a follow up to this morning's meeting with the DD, the recent news on NSO and [            ] and the meeting two weeks
ago [                                                    ]

**b5 -1**
**b7E -3**

Robert

*Robert Brown*
Assistant Director
Operational Technology Division
Unclass:

**b7E -1**

(C)

Classification: UNCLASSIFIED/~~LES~~

Classification: UNCLASSIFIED/~~LES~~

DECLASSIFIED BY: NSICG
ON 10-21-2022

| | |
|---|---|
| **From:** | on behalf of Tyson, Jill Courtney (OCA) (FBI) |
| **To:** | |
| **Subject:** | FW: Polling - printing now --- SECRET//NOFORN |
| **Date:** | Tuesday, December 07, 2021 12:11:00 PM |
| **Attachments:** | 1b - SSCI Polling - 2021 RT 12.7.2021.docx |

```
Classification: SECRET//NOFORN

Classified By:
Derived From: FBI NSICG
Declassify On: 50X1-HUM
===================================================
```

**From:**

**Sent:** Tuesday, December 07, 2021 12:09 PM

**To:** Tyson, Jill Courtney (OCA) (FBI)

**Cc:** Bossert, Gregory R. (OCA) (FBI)

**Subject:** Polling - printing now --- SECRET//NOFORN

```
Classification: SECRET//NOFORN

Classified By:
Derived From: FBI NSICG
Declassify On: 50X1-HUM
===================================================
TRANSITORY RECORD
```

Office of Congressional Affairs
Federal Bureau of Investigation

b6 -1
b7C -1
b7E -1

```
===================================================
Classification: SECRET//NOFORN

===================================================
Classification: SECRET//NOFORN
```



FEDERAL BUREAU OF INVESTIGATION

Office of **Congressional Affairs**

**Senator Michael Bennet (D-CO)**

*Topics of interest:*

*Did not respond to polling*

**Senator Ron Wyden (D-OR)**

*Topics of interest:*

Outside the Scope

(S)

(U) This year the Washington Post and other news organizations published a series of stories about a foreign surveillance technology company called the NSO Group, which is based in Israel.  According to this news coverage, NSO has provided surveillance technology to authoritarian governments that have used it to spy on journalists, political dissidents, and opposition politicians.  Just yesterday, 4 members of Congress called for the

8

Updated as of: 10/20/2022 6:59 AM



SECRET//NOFORN
(U)



FEDERAL BUREAU OF INVESTIGATION

Office of **Congressional Affairs**

**Administration to add the NSO Group to the "entities list," which would sanction the company and prohibit U.S. organizations from doing any business with the company. To that end, we'd like to find out if the FBI is using technology from the NSO Group. Can you please let us know if the FBI, and in particular, the Remote Operations Unit in the FBI's Operational Technology Division, has used products and services provided by this controversial surveillance tech company?** [Questions based on polling]

(U)   • (S//NF) I've dug into this and been assured that, if what you mean is "have we used NSO's products to collect data through our investigations," no we haven't.

(U)   • (S//NF) As you'd expect, we're certainly aware of and have done some research and assessment work on NSO's tool. To do that we obtained a small number of software licenses for testing and research.

```
b1 -1
b3 -1
b7E -2,-3
b7A -1
```

(S)

   •

Outside the Scope
(S)

✕

✕

✕

9

Updated as of: 10/20/2022 6:59 AM

SECRET//NOFORN
(U)

FBI: 22-cv-1539-850

**From:**
**To:**
**Subject:**      Transcript P 8-11 --- SECRET//ORCON/NOFORN
**Date:**         Thursday, February 17, 2022 2:58:00 PM
**Attachments:**  PAGE 8-11.docx

Classification: SECRET//ORCON/NOFORN

Upon removal of attachments, this document is UNCLASSIFIED

Classified By:
Derived From: FBI NSICG
Declassify On: 20471231
=======================================================

**b6 -1**
**b7C -1**
**b7E -1**

--

*Legislative Affairs Specialist*

FBI | Office of Congressional Affairs

=======================================================
Classification: SECRET//ORCON/NOFORN

SECRET//ORCON/NOFORN

b6 -1
b7C -1

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

PAGE 8

**Outside the Scope**

(U) Wyden: Has the FBI used Pegasus or any other commercial hacking tool sold by the NSO Group?

(S//OC/NF) Wray: If you mean have we used it in any of our investigations to collect or target somebody the answer is – as I'm assured – no. The reason why I hedge, and I want to be transparent, that we have acquired some of their tools for research and development. In other words, to be able to figure out how bad guys could use it, for example.

(U) Wyden: Nobody is using it in you operation?

(S//OC/NF) Wray: Other than research and development, which I think is something you'd expect us to do.

(U) Wyden:

**Outside the Scope**

(S//OC/NF) Wray:

(S//OC/NF) Wyden: Why don't we do this. Why don't you give me written answers to both questions. PEGASUS and

**Outside the Scope**

(U) Wray: Happy to provide a written response.

(S//NF) Wyden: Great

SECRET (U)
CLASSIFIED BY: NSICG
DECLASSIFY ON: 12-31-2047
DATE: 11-14-2022

b6 -1
b7C -1

**OTHER Non Responsive**



**OTHER Non responsive**



**From:** Tyson, Jill Courtney (OCA) (FBI)
**Sent:** Thursday, February 17, 2022 7:27 PM
**To:** Brown, James Robert Jr. (OTD) (FBI)

**Cc:** Dunham, Christopher G. (OCA) (FBI)
**Subject:** RE: OTD Response to Sen. Wyden --- SECRET//NOFORN//LES

b6 -1
b7C -1
b7E -1

Classification: SECRET//NOFORN//LES

Classified By:
Derived From: FBI NSICG
Declassify On: 20471231
======================================================

Great thanks, Robert.

you are cleared to send this:

SECRET (U)

SECRET
(U)

1. **FBI Response:** (S//NF) The FBI obtained a very limited number of ☐☐☐ licenses for mobile devices for research, testing, and evaluation for potential use in the future.  The FBI's Operational Technology Division (OTD) tested the tool ☐☐☐☐☐☐ it did not use the tool operationally.  That is, the FBI did not use NSO technology to target any individuals' devices.  The FBI's OTD has not used any other commercial hacking tools sold by the NSO group.

```
b1 -1
b3 -1
b7E -2,-3
```

---

**From:** Brown, James Robert Jr. (OTD) (FBI) ☐☐☐☐☐☐
**Sent:** Thursday, February 17, 2022 7:25 PM
**To:** Tyson, Jill Courtney (OCA) (FBI) ☐☐☐☐☐☐
☐☐☐☐☐☐ Dunham, Christopher G. (OCA) (FBI) ☐☐☐☐☐☐
**Cc:** ☐☐☐☐☐☐ Jones, Darrin E. (STB) (FBI)
☐☐☐☐☐☐
**Subject:** RE: OTD Response to Sen. Wyden --- SECRET//NOFORN//LES

```
b6 -1
b7C -1
b7E -1
```

Classification: SECRET//NOFORN//LES

Classified By: ☐☐☐☐☐☐
Derived From: FBI NSICG
Declassify On: 20471231
====================================================

Sounds good to me.

---

**From:** Tyson, Jill Courtney (OCA) (FBI) ☐☐☐☐☐☐
**Sent:** Thursday, February 17, 2022 7:22 PM
**To:** Brown, James Robert Jr. (OTD) (FBI) ☐☐☐☐☐☐
☐☐☐☐☐☐ Dunham, Christopher G. (OCA) (FBI) ☐☐☐☐☐☐
**Cc** ☐☐☐☐☐☐ Jones, Darrin E. (STB) (FBI)
☐☐☐☐☐☐
**Subject:** RE: OTD Response to Sen. Wyden --- SECRET//NOFORN//LES

```
b5 -1
b6 -1
b7C -1
b7E -1,-2,-3
```

Classification: SECRET//NOFORN//LES

Classified By: ☐☐☐☐☐☐
Derived From: FBI NSICG
Declassify On: 20471231
====================================================

---

SECRET
(U)

SECRET (U)

**From:** Brown, James Robert Jr. (OTD) (FBI)
**Sent:** Thursday, February 17, 2022 7:06 PM
**To** Dunham, Christopher G. (OCA) (FBI)
Tyson, Jill Courtney (OCA) (FBI)

**Cc** Jones, Darrin E. (STB) (FBI)

**Subject:** RE: OTD Response to Sen. Wyden --- SECRET//NOFORN//LES

```
Classification: SECRET//NOFORN//LES                    b5 -1
                                                       b6 -1
Classified By:                                         b7C -1
Derived From: FBI NSICG                                b7E -1,-2,-3
Declassify On: 20471231                                b1 -1
==========================================             b3 -1
```

It looks good to me.  ASAC [        ] detailed review is almost complete. [        ]

(S)

---

**From:** [                    ]
**Sent:** Thursday, February 17, 2022 4:07 PM
**To:** Dunham, Christopher G. (OCA) (FBI) [        ] Tyson, Jill Courtney (OCA)
(FBI) [        ]
**Cc** [        ] Jones, Darrin E. (STB) (FBI)

**Subject:** RE: OTD Response to Sen. Wyden --- SECRET//NOFORN//LES

```
Classification: SECRET//NOFORN//LES                    b6 -1
                                                       b7C -1
Classified By:                                         b7E -1
Derived From: FBI NSICG
Declassify On: 20471231
==========================================
```

Proposed edit here.  + Robert and Darrin

1. (U) Last week, the Washington Post and other news organizations published a series of stories about a foreign surveillance technology company called the NSO Group, which is based in Israel.  According to this news coverage, NSO has provided surveillance technology to

SECRET (U)

authoritarian governments that have used it to spy on journalists, political dissidents, and opposition politicians. Just yesterday, 4 members of Congress called for the Administration to add the NSO Group to the "entities list," which would sanction the company and prohibit U.S. organizations from doing any business with the company.  To that end, we'd like to find out if the FBI is using technology from the NSO Group. Can you please let us know if the FBI, and in particular, the Remote Operations Unit in the FBI's Operational Technology Division, has used products and services provided by this controversial surveillance tech company.  Has the FBI used Pegasus or any other commercial hacking tools sold by the NSO group?

(S)

b5 -1
b7E -2,-3
b1 -1
b3 -1

---

**From:** Dunham, Christopher G. (OCA) (FBI)
**Sent:** Wednesday, February 16, 2022 9:35 AM
**To:** Tyson, Jill Courtney (OCA) (FBI
**Cc:**
**Subject:** RE: OTD Response to Sen. Wyden --- SECRET//NOFORN//LES

Classification: SECRET//NOFORN//LES

Classified By:
Derived From: FBI NSICG
Declassify On: 20471231
===================================================

b6 -1
b7C -1
b7E -1

Hi

Just bumping this one back up.  We are hoping to send back today or tomorrow.  Please let me know if you have any issues/edits.

Thanks!

---

**From:** Tyson, Jill Courtney (OCA) (FBI)
**Sent:** Friday, February 11, 2022 5:24 PM
**To:**
**Cc:** Dunham, Christopher G. (OCA) (FBI)
**Subject:** FW: OTD Response to Sen. Wyden --- SECRET//NOFORN//LES

b6 -1
b7C -1
b7E -1



SECRET (U)

SECRET (U)

Classification: SECRET//NOFORN//LES

Classified By: [ ]
Derived From: FBI NSICG
Declassify On: 20471231
========================================================

[ ]

Thanks. —JCT

1. (U) Last week, the Washington Post and other news organizations published a series of stories about a foreign surveillance technology company called the NSO Group, which is based in Israel. According to this news coverage, NSO has provided surveillance technology to authoritarian governments that have used it to spy on journalists, political dissidents, and opposition politicians. Just yesterday, 4 members of Congress called for the Administration to add the NSO Group to the "entities list," which would sanction the company and prohibit U.S. organizations from doing any business with the company. To that end, we'd like to find out if the FBI is using technology from the NSO Group. Can you please let us know if the FBI, and in particular, the Remote Operations Unit in the FBI's Operational Technology Division, has used products and services provided by this controversial surveillance tech company. Has the FBI used Pegasus or any other commercial hacking tools sold by the NSO group?

b5 -1
b6 -1
b7C -1
b7E -2,-3
b1 -1
b3 -1

(S)

**From:** [ ]
**Sent:** Thursday, February 03, 2022 3:01 PM
**To:** Sanborn, Jill (NSB) (FBI) [ ]; Jones, Darrin E. (STB) (FBI)
[ ] Tyson, Jill Courtney (OCA) (FBI) [ ]
**Cc:** [ ]

b6 -1
b7C -1
b7E -1

FBI: 22-cv-1539-889

SECRET (U)

**Subject:** RE: OTD Response to Sen. Wyden --- SECRET//NOFORN//LES

Classification: SECRET//NOFORN//LES

Classified By:
Derived From: FBI NSICG
Declassify On: 20471231
==================================================

b6 -1
b7C -1
b7E -1,-2,-3

Ma'am,

We have an ASAC

Feel free to send any other questions in the meantime.

---

**From:** Sanborn, Jill (NSB) (FBI)
**Sent:** Thursday, February 03, 2022 2:52 PM
**To:**                                             Jones, Darrin E. (STB) (FBI)
Tyson, Jill Courtney (OCA) (FBI)
**Cc:**

**Subject:** RE: OTD Response to Sen. Wyden --- SECRET//NOFORN//LES

Classification: SECRET//NOFORN//LES

Classified By:
Derived From: FBI NSICG
Declassify On: 20471231
==================================================

b5 -1
b6 -1
b7C -1
b7E -1,-2,-3

Quick question (which

Jill

FBI: 22-cv-1539-890

SECRET (U)