**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

THE NEW YORK TIMES COMPANY and MARK MAZZETTI,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF JUSTICE,

Defendant.

**STIPULATION AND ORDER**
22 Civ. 1539 (JSR)

WHEREAS, in January and February 2022, plaintiff The New York Times Company and its reporter Mark Mazzetti (together, the "Plaintiffs") made two requests (the "Requests") pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, to the Federal Bureau of Investigation (the "FBI"), a component of defendant the United States Department of Justice ("Defendant");

WHEREAS, in February of 2022, Plaintiffs filed this action seeking records responsive to the first Request, and in March of 2022, Plaintiffs amended their complaint to include records responsive to the second Request;

WHEREAS, the FBI produced records responsive to both Requests, some of which were redacted in whole or in part on the basis of asserted FOIA exemptions;

WHEREAS, on July 7, 2023, the Court issued a memorandum opinion and order, ECF No. 29, that granted in part and denied in part each party's motion for summary judgment;

WHEREAS, on November 6, 2023, the Court granted partial reconsideration in a separate memorandum opinion and order, ECF No. 36, which resolved all remaining issues apart from Plaintiffs' claim for attorneys' fees and costs;

WHEREAS, the parties wish to resolve Plaintiffs' claim for attorneys' fees and costs and dispose of this matter without further litigation,

NOW, THEREFORE, it is hereby STIPULATED and AGREED between the parties as follows:

1. Within a reasonable time after the Court has endorsed and docketed this Stipulation and Order, Defendant shall pay to Plaintiffs the sum of thirty-three thousand, five hundred dollars and no cents ($33,500.00) for attorneys' fees and litigation costs. This payment shall constitute full and final satisfaction of any claims by Plaintiffs for attorneys' fees and litigation costs in this matter, and is inclusive of any interest. Payment shall be made by electronic funds transfer, and counsel for Plaintiffs will provide the necessary information to counsel for the Defendant to effectuate the transfer.

2. Plaintiffs release and discharge the Defendant and the United States of America, including its agencies, departments, officers, employees, servants, and agents, from any and all claims and causes of action that Plaintiffs asserted, or could have asserted, arising out of the Requests.

3. This action is accordingly dismissed with prejudice and without costs or fees other than as provided in paragraph 1 of this Stipulation and Order, provided that the Court shall retain jurisdiction over any issues that might arise relating to the enforcement of this Stipulation and Order.

4. Nothing in this Stipulation and Order shall constitute an admission that the Defendant is liable for any attorneys' fees or litigation costs, or that Plaintiffs "substantially prevailed" in this action under 5 U.S.C. § 552(a)(4)(E), or is entitled to or eligible for any attorneys' fees or litigation costs. Nor is it an admission that the amount here agreed upon covers

all of the time that could, in Plaintiffs' view be compensable as attorneys' fees and litigation costs in this action. Rather, this Stipulation and Order is entered into by the parties solely for the purpose of compromising disputed claims in this case and avoiding the expenses and risks of further litigation concerning Plaintiffs' claims for attorneys' fees and litigation costs. This Stipulation and Order is non-precedential with respect to any other proceeding involving the parties, including, but not limited to, any other FOIA action or administrative proceeding, and shall have no effect or bearing on any pending or future request for records made by Plaintiffs under FOIA.

5. This Stipulation and Order contains the entire agreement between the parties, and no statement, representation, promise, or agreement, oral or otherwise, between the parties or their counsel that is not included herein shall have any force or effect.

6. This Stipulation and Order may be executed in counterparts. Facsimile or pdf signatures shall constitute originals.

Date: New York, New York
February 1, 2024

DAVID E. MCCRAW

David McCraw

David E. McCraw
Al-Amyn Sumar
The New York Times Company
Legal Department
620 Eighth Avenue
New York, NY 10018
Phone: (212) 556-4031
Facsimile: (212) 556-1009
Email: mccraw@nytimes.com
Counsel for Plaintiffs

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: SARAH S. NORMAND
PETER ARONOFF

Assistant U.S. Attorneys
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.: (212) 637-2697
Fax: (212) 637-2717
Email: peter.aronoff@usdoj.gov
*Attorneys for Defendant*

SO ORDERED:

HONORABLE JED S. RAKOFF
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
February 5, 2024